Marc C. Forsythe – State Bar No. 153854
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
Tel: (949)798-2460
Fax: (949) 955-9437
Email: MForsythe@goeforlaw.com

Attorney for Plaintiff Brian Horowitz, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BRIAN HOROWITZ, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CROSSLINKS ENTERPRISE INC., a California corporation,<br><br>        Defendant. | Case No.<br><br>**COMPLAINT FOR:**<br>**(1) PATENT INFRINGEMENT, AND**<br>**(2) INTERFERENCE AND**<br>**PROSPECTIVE CONTRACTUAL**<br>**ECONOMIC RELATIONS**<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT

COMES NOW, Plaintiff Brian Horowitz ("Plaintiff" or "Horowitz") and for his Complaint against Defendant Crosslinks Enterprise, Inc. ("Defendant" or "Crosslinks") states the following:

PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff is a United States citizen currently residing in Orange County, California.

2.      Defendant is a California corporation with a principal place of business in Los Angeles, California.

3.      The claims in this case relate to violations of United States patent laws codified at 35 USCS § 271 et. seq.

4.      This Court has subject matter jurisdiction.

5.      Venue is proper in this Court.

FACTUAL BACKGROUND

6.      Plaintiff restates and incorporates all allegations in paragraphs 1 through 5.

7.      On or about September 29, 2015, United States Patent Number 9,145,154 ("'154 patent") was granted to Plaintiff for the protection of a certain folding wagon.  A true and correct copy of the patent is attached herewith and incorporated herein as **"Exhibit A"**.

8.      On or about August 7, 2018, United States Patent Number 10,040,470 ("'470 patent") was granted to Plaintiff for the protection of a certain folding wagon. A true and correct copy of the patent is attached herewith and incorporated herein as **"Exhibit B".**

9.      From at least the time of filing the application for the '154 patent, Plaintiff has from time to time manufactured and/or sold and/or authorized his licensees to manufacture and/or sell products in the United States that embody one or more claims in his '154 patent.  Such patented products included on their packaging a notice of the patent including the '154 patent number.

10.      From at least the time of filing the application for the '470 patent, Plaintiff has from time to time manufactured and/or sold and/or authorized his licensees to manufacture and/or sell products in the United States that embody one or more claims in his '470 patent.  Such patented products included on their packaging a notice of the patent including the '470 patent number.

11.      Defendant is not licensed or otherwise authorized to manufacture, import, advertise for sale, sell, or use folding wagons that embody any of the claims of the '154 patent.

12.      Defendant is not licensed or otherwise authorized to manufacture, import, advertise for sale, sell, or use folding wagons that embody any of the claims of the '470 patent.

13.     Beginning in October 2019 or before to the present, Defendant has been manufacturing, importing, advertising for sale, selling, and/or using folding wagons ("accused products") that embody the elements of at least one claim of the '154 patent.  Images of such accused products and/or advertisements of accused products are attached herewith and incorporated herein as **"Exhibit C."**

14.     Beginning in October 2019 or before to the present, Defendant has been manufacturing, importing, advertising for sale, selling, and/or using folding wagons ("accused products") that embody the elements of at least one claim of the '470 patent.  Images of such accused products and/or advertisements of accused products are attached herewith and incorporated herein as **"Exhibit D."**

15.     On or about November 4, 2019, on behalf of Plaintiff, Plaintiff's attorney drafted and mailed a letter to Defendant to place Defendant on notice of its infringement of the '154 patent and to request Defendant cease and desist such unauthorized acts and to request communication regarding payment for past infringement.  A true and correct copy of each letter is attached herewith and collectively incorporated herein as **"Exhibit E."**

16.     Defendant failed to respond to Plaintiff's attorney's letter.

17.     At no time during the period stated in Paragraph 10 did Defendant ever discontinue advertisement for sale and/or selling accused products that embody all the elements of at least one claim of the '154 patent.

18.    Defendants continues to advertise for sale and/or sell accused products that embody all the elements of at least one claim of the '154 patent.

19.    After sending the November 4, 2019 letter to Defendant, Plaintiff discovered that at least some of Defendant's folding wagons also infringe on Plaintiff's '470 patent.

20.    Plaintiffs has suffered damages in the form of lost profits and/or lost royalties resulting from Defendant's displaced sales of his or his authorized licensees' folding wagon products that embody one or more claims of the '154 patent.

21.    Plaintiffs has suffered damages in the form of lost profits and/or lost royalties resulting from Defendant's displaced sales of his or his authorized licensees' folding wagon products that embody one or more claims of the '470 patent.

22.    Plaintiff is filing this action for enforcement against Defendants' infringement upon his rights under his '154 patent and his '470 patent.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

## (Patent Infringement of U.S. Patent No. 9,145,154)

23.    Plaintiff restates and incorporates all allegations in paragraphs 1 through 22.

24.    Plaintiff is the rightful owner of United States Patent Number 9,145,154.

25.    Plaintiff's '154 patent is valid.  From or before October 2019 until the present, Defendant has manufactured, advertised for sale, sold, and/or used folding

wagons, as shown in **"Exhibit C,"** that embody all the elements of at least one claim of the '154 patent.

26.    Specifically, Defendant's accused products embody all the elements of claim 19 of the '154 patent.

27.    Defendant is not authorized to manufacture, import, advertise for sale, sell, nor use folding wagons that embody any of the claims of the '154 patent.

28.    Plaintiff and/or his licensees have, prior to September 19, 2014, and from time to time manufactured and/or sold folding wagons that are marked with the entirety of Plaintiff's '154 patent number.

29.    On or about November 4, 2019, Plaintiff's attorney, Mr. Darrell Gibby, notified Defendant's by U.S. mail of the infringement of his '154 patent and demanded Defendants discontinue such actions.

30.    Defendants did not respond to Plaintiff's attorney's November 4, 2019 letter.

31.    Despite having notice of their infringement, Defendants have continued to engage in activities that infringe on Plaintiff's '154 patent.

32.    Defendants activities of infringement upon Plaintiff's '154 patent have been and continue to be intentional.

33.    As a result of Defendants' willful infringement upon Plaintiff's patent, Plaintiff has suffered damages in the amount Defendants have profited by their

infringement; or, alternatively, Plaintiff has suffered damages in the amount of reasonable royalties he should have been paid for use of his '154 patent.

34.     Pursuant to 35 USC § 271, Defendants should be held liable for infringement of Plaintiff's '154 patent.

35.     Upon information and belief, Defendant has sold accused products not identified in **"Exhibit C."**  Plaintiff reserves the right to amend his Complaint if necessary or otherwise seek relief for infringement of all of Defendants' accused products in any variations that Plaintiff discovers during the course of this lawsuit.

## SECOND CLAIM FOR RELIEF

### (Patent Infringement of U.S. Patent No. 10,040,470)

36.     Plaintiff restates and incorporates all allegations in paragraphs 1 through 35.

37.     Plaintiff is the rightful owner of United States Patent Number 10,040,470.

38.     Plaintiff's '470 patent is valid.

39.     From or before October 2019 until the present, Defendant has manufactured, advertised for sale, sold, and/or used folding wagons, as shown in **"Exhibit D,"** that embody all the elements of at least one claim of the '470 patent.

40.     Defendant is not authorized to manufacture, import, advertise for sale, sell, nor use folding wagons that embody any of the claims of the '470 patent.

41.    Plaintiff and/or his licensees have, prior to February 22, 2018, and from time to time manufactured and/or sold folding wagons that are marked with the entirety of Plaintiff's '470 patent number.

42.    Pursuant to 35 USC § 271, Defendants should be held liable for infringement of Plaintiff's '470 patent.

43.    Upon information and belief, Defendant has sold accused products not identified in **"Exhibit D."**  Plaintiff reserves the right to amend his Complaint if necessary or otherwise seek relief for infringement of all of Defendants' accused products in any variations that Plaintiff discovers during the course of this lawsuit.

## **PRAYER FOR RELIEF**

44.    For First Cause for Relief (Patent Infringement of U.S. Patent No. 9,145,154), Plaintiff seeks the following:

a.    Pursuant 35 USCS §83, a preliminary and permanent injunction to compel Defendants to immediately discontinue the manufacturing, importing, advertising for sale, selling and/or using any unauthorized folding wagon that embodies any one or more of the claims of Plaintiff's '154 patent;

b.    Damages as provided in 35 USCS § 284 to be determined by the Court to compensate Plaintiff for Defendants' infringement of his '154 patent but not less than $25,000.

c.      Pursuant 35 USCS §83, treble damages for Defendants willful infringement of Plaintiff's '154 patent; and

d.      Reasonable attorney's fees and costs.

45.    For Second Cause for Relief (Patent Infringement of U.S. Patent No. 10,040,470), Plaintiff seeks the following:

a.      Pursuant 35 USCS §83, a preliminary and permanent injunction to compel Defendants to immediately discontinue the manufacturing, importing, advertising for sale, selling and/or using any unauthorized folding wagon that embodies any one or more of the claims of Plaintiff's '470 patent;

b.      Damages as provided in 35 USCS § 284 to be determined by the Court to compensate Plaintiff for Defendants' infringement of his '154 patent but not less than $25,000.

c.      Pursuant 35 USCS §83, treble damages for Defendants willful infringement of Plaintiff's '154 patent; and

46.    Reasonable attorney's fees and costs.

///

///

///

WHEREFORE, Plaintiff prays this Court will enter judgment in his favor and grant him all relief as sought along will all other relief to which he may be legally entitled.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a trial by jury of all issues so triable.

Date:  February 12, 2020                    **GOE FORSYTHE & HODGES LLP**


                                    By:    /s/Marc C. Forsythe
                                           Marc C. Forsythe,
                                           Attorneys for Plaintiff, Brian Horowitz

# EXHIBIT A

US009145154B1

## (12) United States Patent
### Horowitz

(10) Patent No.: **US 9,145,154 B1**
(45) Date of Patent: **Sep. 29, 2015**

(54) **FOLDING WAGON**

(71) Applicant: **Brian Horowitz**, Foothill Ranch, CA (US)

(72) Inventor: **Brian Horowitz**, Foothill Ranch, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/491,155**

(22) Filed: **Sep. 19, 2014**

(51) Int. Cl.
| | |
|---|---|
| *B62B 3/02* | (2006.01) |
| *B62B 5/00* | (2006.01) |
| *B62B 3/10* | (2006.01) |
| *B62B 5/06* | (2006.01) |
| *B62B 3/00* | (2006.01) |

(52) U.S. Cl.
CPC ............... *B62B 3/025* (2013.01); *B62B 3/007* (2013.01); *B62B 3/102* (2013.01); *B62B 5/0013* (2013.01); *B62B 5/06* (2013.01); *B62B 2202/52* (2013.01); *B62B 2205/06* (2013.01); *B62B 2205/12* (2013.01); *B62B 2205/24* (2013.01)

(58) Field of Classification Search
CPC ...... B62B 3/007; B62B 3/02; B62B 2202/402; B62B 2202/52; B62B 2202/06; B62B 2205/12; B62B 2205/14; B62B 2205/145; B62B 2301/10; B62B 3/025; B62B 2205/02; B62B 2205/26
USPC ............ 280/638, 639, 651, 87.01, 401, 79.3; 180/208; 135/88.01, 88.02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 961,234 | A | * | 6/1910 | Hoover ............................ 248/88 |
| 1,335,122 | A | * | 3/1920 | Mahr ............................. 280/42 |
| 1,432,114 | A | * | 10/1922 | Mahr .............................. 280/42 |
| 2,020,766 | A | * | 11/1935 | Brown .......................... 280/639 |
| 3,100,652 | A | * | 8/1963 | Schenkman ................... 280/644 |
| 3,625,381 | A | * | 12/1971 | Menzi ......................... 414/694 |
| 5,806,827 | A | * | 9/1998 | Gilmore ....................... 248/534 |
| 5,887,879 | A | * | 3/1999 | Chumley ........................ 280/40 |
| 5,915,723 | A | * | 6/1999 | Austin ......................... 280/651 |
| 5,979,102 | A | * | 11/1999 | Sagrya ........................ 43/21.2 |
| 6,217,043 | B1 | * | 4/2001 | Chumley ........................ 280/40 |
| 6,263,893 | B1 | * | 7/2001 | Spinella et al. ............ 135/88.01 |
| 6,409,029 | B1 | * | 6/2002 | Bermes ....................... 211/70.6 |
| 6,491,318 | B1 | * | 12/2002 | Galt et al. .................. 280/651 |
| 6,845,991 | B1 | * | 1/2005 | Ritucci et al. ................ 280/30 |
| 7,000,928 | B2 | * | 2/2006 | Liao ............................ 280/38 |
| 7,004,481 | B1 | * | 2/2006 | Stanish ........................ 280/37 |
| 7,523,955 | B2 | * | 4/2009 | Blair ......................... 280/656 |
| 7,530,581 | B1 | * | 5/2009 | Squires, Sr. ............... 280/79.11 |
| 7,547,037 | B2 | * | 6/2009 | Poppinga et al. ............ 280/651 |
| 7,871,099 | B2 | * | 1/2011 | Gilbertson et al. .......... 280/642 |
| 7,963,530 | B1 | * | 6/2011 | Garcia .......................... 280/30 |
| 8,011,686 | B2 | * | 9/2011 | Chen et al. .................. 280/651 |
| 8,162,349 | B1 | * | 4/2012 | Roselle ....................... 280/654 |

(Continued)

*Primary Examiner* — Katy M Ebner
*Assistant Examiner* — Emma K Frick
(74) *Attorney, Agent, or Firm* — Morland C. Fischer

(57) **ABSTRACT**

A folding wagon having a basket within which to carry articles and/or small children and a collapsible frame to enable the wagon to be folded between an expanded open configuration at which the basket is outstretched and a compact closed configuration at which the basket is collapsed. The wagon also has pairs of front and rear wheels that are spaced outwardly from the front and rear of the wagon so as to lie ahead of and behind the basket. A handle is connected to the top of the basket at the front of the wagon. When the wagon is folded to its compact closed configuration, the pairs of front and rear wheels are positioned in axial alignment to facilitate transport and/or storage. With the wagon folded, the axially-aligned pairs of wheels and the handle form a stand for supporting the wagon in an upright position.

**23 Claims, 9 Drawing Sheets**




US 9,145,154 B1

Page 2

(56)                    References Cited

U.S. PATENT DOCUMENTS

| 8,220,824 B2 * | 7/2012 | Chen et al. | .................. | 280/651 |
| 8,465,031 B2 * | 6/2013 | Coghill, Jr. | .................. | 280/79.3 |
| 8,567,810 B2 * | 10/2013 | Abecassis et al. | .......... | 280/651 |
| 8,746,377 B1 * | 6/2014 | Dunbar | .................. | 180/19.2 |
| 8,882,135 B1 * | 11/2014 | Chen | .................. | 280/651 |
| 8,973,940 B2 * | 3/2015 | Chen et al. | .................. | 280/639 |
| 8,998,246 B2 * | 4/2015 | Griffard | .................. | 280/651 |
| 2002/0140190 A1 * | 10/2002 | Shapiro | .................. | 280/39 |
| 2003/0025301 A1 * | 2/2003 | Banuelos, III | .............. | 280/651 |

| 2003/0234501 A1 * | 12/2003 | Cohen | .................. | 280/47.24 |
| 2008/0129016 A1 * | 6/2008 | Willis | .................. | 280/639 |
| 2009/0115167 A1 * | 5/2009 | Chin et al. | .................. | 280/639 |
| 2010/0059950 A1 * | 3/2010 | Coghill, Jr. | .............. | 280/47.26 |
| 2010/0090444 A1 * | 4/2010 | Chen et al. | .................. | 280/651 |
| 2010/0156069 A1 * | 6/2010 | Chen | .................. | 280/639 |
| 2010/0187034 A1 * | 7/2010 | Wang | .................. | 180/208 |
| 2011/0204598 A1 * | 8/2011 | Stevenson | .............. | 280/639 |
| 2011/0285112 A1 * | 11/2011 | Chen et al. | .............. | 280/651 |
| 2012/0274052 A1 * | 11/2012 | Zhu | .................. | 280/651 |
| 2014/0001735 A1 * | 1/2014 | Yang et al. | .............. | 280/651 |
| 2014/0353945 A1 * | 12/2014 | Young et al. | .............. | 280/650 |

* cited by examiner



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 3A*



*Fig. 4*          *Fig. 5*

U.S. Patent          Sep. 29, 2015          Sheet 5 of 9          US 9,145,154 B1



*Fig. 6*

*Fig. 7*

*Fig. 8*



*Fig. 9*

*Fig. 10*



*Fig. 11*

*Fig. 12*



*Fig. 13*

*Fig. 14*



*Fig. 15*

*Fig. 16*

US 9,145,154 B1

# FOLDING WAGON

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a folding wagon having pairs of front and rear wheels and a fabric basket within which to carry a variety of articles or small children. The front and back wheels are positioned in axial alignment relative to another when the wagon is folded from an expanded open configuration during use to a compact closed configuration at which to facilitate transport and/or storage of the wagon when it is not being used.

2. Background Art

It is known for basket-carrying wagons to be folded and unfolded between open and collapsed configurations. However, the frame of such folding wagons tends to bind or stick when the wagon is being folded or unfolded. Such frame binding sometimes makes it difficult for the user to deploy or stow the wagon when it is not in use. Such frustration in user frustration. Once the wagon has been unfolded to its open configuration, pairs of front and rear wheels are typically located directly below the basket. It has been found that locating the wheels below the basket can make the wagon unstable and subject to tipping over when the wagon is pulled rapidly or when the wagon travels over steep or bumpy surfaces. In this same regard, when the wagon is folded to its closed configuration, the pairs of front and rear wheels are correspondingly rotated towards and engage one another. Consequently, it is often difficult to completely fold the wagon into an ideal compact shape that is best suited for efficient transport and/or storage.

Regardless of the location of the front and rear wheels, the folding wagon is typically pulled by means of an elongated handle that has been coupled to the wagon near the bottom of the frame. Connecting the handle at this location on the frame has been known to cause the wheels to momentarily lock up and the wagon to stall when hard pushing or pulling forces are applied to the handle.

The baskets associated with conventional folding wagons are generally sized to carry a variety of articles and/or small children. However, such baskets are manufactured from a flexible material that is known to sag and collapse when the contents of the basket become relatively heavy. For some wagons, having the ability to locate an adjustable height canopy above the basket is advantageous to protect the wagon's contents from the weather. However, in some cases, it is difficult to easily and reliably connect (and disconnect) the overhead canopy to vertical canopy supports which stand upwardly from the wagon frame.

Accordingly, it would be desirable to have available an improved folding wagon that overcomes the disadvantages that are described above and remain common to conventional folding wagons.

## SUMMARY OF THE INVENTION

In general terms, an improved folding wagon is disclosed which is pulled by hand and which carries a variety of articles and/or small children. The folding wagon includes a frame that is adapted to be folded from an expanded open configuration during use to a compact closed configuration at which to facilitate storage and/or transport when the wagon is not being used. A fabric basket is seated on a rack at the bottom of the frame, and a canopy is held above the basket to protect the contents of the basket from the weather. A pair of cup holders are carried at the front end of the basket, and a utility bag is

carried adjacent the rear end of the basket. The canopy is mounted above the basket by means of vertically extending telescopic extensions. The telescopic extensions have canopy retention plugs at the tops thereof that are detachably connected to diagonal locking lips of respective locking panels that are sewn to inside corners of the canopy so that the canopy is reliably held in place above the basket.

The frame of the folding wagon includes front and rear basket support rods. The front and rear ends of the fabric basket are folded over and stitched together so as to surround the front and rear basket support rods. The opposite sides of the basket are folded over so as to surround side support straps. Opposite ends of the side support straps are coupled to corresponding opposite ends of the front and rear basket support rods. The basket support rods and the side support straps hold the basket up and prevent sagging when the basket carries a heavy load. One end of a handle for pulling the wagon is pivotally coupled to the front basket support rod adjacent the top of the front end of the basket. By connecting the handle to the wagon frame near the top of the basket, hard pushing or pulling forces applied to the handle are unlikely to cause the wagon wheels to lock up and the wagon to stall.

The wagon has a pair of front wheels connected to a front wheel support track that is located ahead of the basket and spaced forwardly from the rack upon which the basket is seated. The wagon also has a pair of rear wheels slidably connected to a rear wheel support track that is located behind the basket and spaced rearwardly from the basket support rack. By spacing the front and back wheels ahead of and behind the basket and the basket support rack, the folding wagon is made more stable and less likely to tip over. The pair of rear wheels is coupled to and slidable along the rear wheel support track by means of respective collars. The collars slide towards one another along the rear wheel support track, whereby the pair of rear wheels are correspondingly moved together so as to lie side-by-side one another. Accordingly, when the wagon is folded to its compact closed configuration, the pair of rear wheels will lie inside the pair of front wheels, such that the front and rear wheels will be held in axial alignment to facilitate a complete folding of the wagon so as to be ideally suited for transport and/or storage when the wagon is not in use.

The frame of the folding wagon also includes first and second pairs of side support arms that are located at each of the sides of the wagon and adapted to rotate between an outstretched position when the wagon is in use and a collapsed position when the wagon is folded and not in use. Each pair of side support arms is pivotally connected together by means of a pivot coupling. A pull strap is attached to the basket support rack below the basket. The pull strap extends from the basket support rack and upwardly through the bottom of the basket at a slit formed therein. An upward pulling force applied to the pull strap causes each of the pairs of side support arms to rotate at a respective pivot coupling to its collapsed position by which to simultaneously enable the wagon to be easily folded to its compact closed configuration without binding. After it is folded, a pulling force applied to the wagon will cause the axially-aligned pairs of front and rear wheels of the wagon to roll along a surface. In the alternative, the handle and the axially-aligned wheels can be positioned relative to one another to create a stand by which to hold the folded wagon upright when it is not in use.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view showing a first side, the front and a canopy top of a folding wagon according to a preferred embodiment of this invention with the wagon unfolded to an expanded open configuration;

US 9,145,154 B1

3

FIG. 2 is a perspective view showing the opposite side, the rear and canopy top of the folding wagon of FIG. 1;

FIG. 3 is a partial perspective view of the first side and the rear of the folding wagon showing details of a telescoping extension detachably connected to one corner of the canopy top;

FIG. 3A shows an enlarged detail of the frame of the folding wagon taken from FIG. 3;

FIG. 4 is a partial perspective view of the first side and the rear of the folding wagon showing details of a support strap emerging from one side of a basket of the wagon and coupled to a rear basket support rod;

FIG. 5 is a cross-section taken along FIGS. 5-5 of FIG. 4;

FIG. 6 is a partial perspective view of the opposite side and the rear of the folding wagon showing a pair of rear wheels spaced from one another along a rear wheel support track;

FIG. 7 is a cross-section taken along lines 7-7 of FIG. 6;

FIG. 8 is a partial perspective view of the opposite side and the rear of the folding wagon showing the pair of rear wheels moved together along the rear wheel support track;

FIG. 9 is a perspective view of the folding wagon showing a lifting force being applied to a pull strap attached to the frame of the wagon below the basket thereof to cause the wagon to be folded from the expanded open configuration of FIG. 1 to a compact closed configuration;

FIG. 10 is a perspective view showing details of the pull strap attached to the frame of the folding wagon to receive a pulling force for causing the wagon to be folded to the compact closed configuration;

FIG. 11 is a perspective view showing the front of the folding wagon after the wagon has been folded to the compact closed configuration at which the wheels and a handle create a stand for holding the wagon upright;

FIG. 12 is a perspective view showing the rear of the folding wagon in the compact closed configuration at which the wheels of the wagon are rolled over a surface;

FIGS. 13 and 14 show one embodiment for an optional storage rack located at one side of the folding wagon by which to carry a surfboard or the like; and

FIGS. 15 and 16 show another embodiment for an optional storage rack located at a side of the folding wagon by which to carry a fishing rod or the like.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring initially to FIGS. 1-3 of the drawings, there is shown a folding wagon 1 of the kind to be pulled by hand to carry a variety of articles including, but not limited to, sporting and camping goods, business inventory, and even small children. The folding wagon 1 includes a fabric basket 3 within which to transport the articles, a fabric canopy 5 spaced overtop the basket 3 to provide shade and protection from the weather, and a fabric utility bag 7 located at the rear of the basket 3 within which small articles (e.g., keys, tools, another bag, or the like) can be conveniently carried. The fabric basket 3 is open at the top and closed along the bottom, front, back and sides. A pair of fabric cup holders 9 are attached (e.g., sewn) to the front of the basket 3 to enable beverage cups (not shown) to be received and carried therewithin.

The basket 3 lays upon and is supported by a rack 10 that runs along the bottom of the folding wagon 1. A first pair of hollow vertical support bars 12 stands upwardly from the front of the basket support rack 10, and a second pair of hollow support bars 14 stands upwardly from the rear of the basket support rack 10. A telescopic extension 16 is slidably

4

received by each of the front and rear vertical support bars 12 and 14. The telescopic extensions 16 are detachably connected to the canopy 5 so as to be able to selectively adjust the height of the canopy 5 above the basket 3 and enable the canopy 5 to be removed from the wagon 1 in which case the telescopic extensions can be pushed downwardly inside respective ones of the vertical support bars 12 and 14.

FIG. 3 of the drawings shows one of the telescopic extensions 16 pulled outwardly and upwardly from its (e.g., rear) hollow vertical support bar 14 to be detachably connected to one corner of the canopy 5. The inside of each corner of the canopy 5 has a locking panel 16 attached (e.g., sewn) thereto. A locking lip 20 runs diagonally across a corner of the canopy 5 at the top of the locking panel 16. A canopy retention plug 21 is mounted on the top of the telescopic extension 16. With the telescopic extension 16 raised above the basket 3, the canopy retention plug 21 is seated upon the diagonal locking lip 20, whereby to prevent the canopy 5 from being lifted or blown off the extension 16 and separating from the wagon. When it is desirable to remove the canopy 5 from the wagon 1, each canopy retention plug 21 is moved off and out of engagement with the diagonal locking lip 20 of the corner locking panel 18 so that the canopy 5 is now free to be lifted off the telescopic extensions 16.

The folding wagon 1 includes a folding frame which enables the wagon to be folded from an expanded open configuration during which articles are carried within the basket 3 to a compact closed configuration at which the wagon is suitable for transport and/or storage when not in use. The frame includes a front basket support rod 26 at the front of the basket 3. A front upper frame brace 28 extends horizontally across the front of the wagon 1 between the pair of front vertical support bars 12. The frame also includes a rear basket support rod 32 at the rear of the basket 3. A rear upper frame brace 34 extends horizontally across the rear of the wagon between the pair of rear vertical support bars 14.

The front and rear basket support rods 26 and 32 are located at opposite ends of the wagon 1 and run horizontally across the top of the basket 3. The front end 22 of the basket 3 is folded over itself and closed (e.g., sewn) around the front basket support rod 26. The rear end 23 of the basket 3 is folded over itself and closed (e.g., sewn) around the rear basket support rod 32. The front and rear upper frame braces 28 and 34 are also located at opposite ends of the wagon 1 and lie between the top of the basket 3 and the canopy 5 thereover. The front and rear upper frame braces 28 and 34 are coupled to the pairs of front and rear vertical support bars 12 and 14 by means of respective pairs of elbow joints 35 and 36.

As an important advantage of the folding wagon 1, a front wheel support track 38 is spaced forward of the basket 3 by about four inches so as to lie ahead of the front end 24 of the basket support rack 10 upon which the basket 3 is seated. As will be described in greater detail hereinafter, a pair of front wheels 40 are connected to and held in place at the front wheel support track 38 by which the wheels are located in front of both the basket 3 and the basket support rack 10. Likewise, a rear wheel support track 42 (best shown in FIG. 6) is spaced rearward of the basket 3 by about four inches so as to lie behind the rear end 30 of the basket support rack 10. A pair of rear wheels 44 are connected to and movable laterally along the rear wheel support track 42 by which the wheels are held behind both the basket 3 and the basket support rack 10. By virtue of the pairs of front and rear wheels 40 and 44 being spaced outwardly from the basket 3 and the basket support rack 10, the wagon 1 is made increasingly stable and less likely to tip over when it is pulled rapidly or travels over a steep or bumpy surface.

US 9,145,154 B1

5

6

A lower handle retention clip 46 is mounted on the front wheel support track 38 in front of the basket 3. An upper handle retention clip 48 is mounted on the front upper frame brace 28 so as to lie above the lower handle retention clip 46. A rotatable wagon handle 50 is pivotally connected to the front of the folding wagon 1 at the front basket support rod 26. Thus, it may be appreciated that rather than connecting the handle near the bottom of the basket adjacent the front wheels, as in the case of conventional wagons, the handle 50 of the wagon 1 is pivotally connected to the front basket support rod 26 around which the top of the basket 3 is folded. Thus, it has been found that rapid pulling and pushing forces can be successively applied to the wagon 1 at the wagon handle 50 without the front and wheels 40 and 44 momentarily locking up and the wagon stalling.

The wagon handle 50 has a solid shaft that is rotatable at its pivotal connection to the front basket support rod 26 between upwardly raised and downwardly lowered positions. When the folding wagon 1 is at rest in its expanded open configuration (as best shown in FIGS. 1 and 2), the handle 50 is removably attached to the upper handle retention clip 48 so as to be retained in its upwardly raised position for easy access by a user. However, when the wagon is folded to its compact closed configuration (as best shown in FIGS. 11 and 12), the handle 50 is rotated to its downwardly lowered position at which to be removably attached to and held in place by the lower handle retention clip 46 for an advantage that will be described hereinafter.

Referring to FIGS. 3-5 of the drawings, a support strap 54 is shown running laterally through the top of one side 56 of the basket 3 of the folding wagon 1. Although only one side support strap 54 is shown, an identical support strap runs through each of the opposite sides 56 of the basket 3. In this regard, the top of each side 56 of the basket 3 is folded over and (e.g., sewn) closed against itself to create a loop within which to receive the support strap 54. While the front and rear basket support rods 26 and 32 hold up the front and rear ends 22 and 23 of the basket 3, each support strap 54 holds up its side 56 of the basket 3 and thereby prevents the side from sagging in response to the weight of the contents carried by the basket.

Opposite ends of the laterally-running support strap 54 emerge from the side 56 by way of slits 58 (only one of which being shown) formed in opposite ends of the side. As is best shown in FIG. 4, one end of a buckle 60 is coupled to one end of the side support strap 54. The opposite end of the buckle 60 is connected to an end cap 62 which surrounds and is affixed to one end of rear basket support rod 32. A similar buckle is coupled between the opposite end of the side support strap 54 and an end cap 64 (of FIGS. 1 and 2) which surrounds and is affixed to one end of the front basket support rod 26. Therefore, the side support strap 54 which holds up a side 56 of basket 3 is coupled at opposite ends thereof to the end caps 62 and 64 at respective ends of the front and rear basket support rods 26 and 32 at the front and rear of the wagon 1.

As was explained earlier, the folding wagon 1 has pairs of front and rear wheels 40 and 44 that are held in front of and behind the basket 3 to improve the stability of the wagon. In particular, and turning now to FIGS. 6-8 of the drawings, the pair of rear wheels 44 is shown being coupled to the rear wheel support track 42 that is spaced behind the basket 3. Each of the rear wheels 44 of the wagon 1 is coupled to one end of the rear wheel support track 42 by means of a collar 66 and 68. The collars 66 and 68 surround the rear wheel support track so as to be slidable therealong towards and away from one another. Thus, the distance between the pair of rear wheels 44 can be reduced by sliding the opposing collars 66

and 68 towards one another in the direction of the arrows 70 shown in FIG. 6. The pair of rotating front wheels 40 are stationary and so slide towards one another, such that the distance therebetween remains constant.

After the collars 66 and 68 have been pushed towards one another along the rear wheel support track 42 so that the rear wheels 44 lie side-by-side one another as shown in FIG. 8, the rear wheels 44 will be positioned to conveniently fit between the pair of front wheels 40 which remain spaced from one another when the folding wagon 1 has been folded to its compact closed configuration (best shown in FIGS. 11 and 12). This is an important advantage by which the pairs of front and rear wheels 40 and 44 will be axially aligned to enable the folding wagon 1 to be completely folded up so as to be ideal for storage and/or transport when not in use.

One of the collars 66 has a locking sleeve 72 (best shown in FIG. 6) that extends therefrom and is slidable therewith along the rear wheel support track 42 towards the opposing collar 68. A locking receptacle 74 is formed in the opposing collar 68 within which to removably receive the sleeve 72, whereby the collars 66 and 68 will be mated to one another so that the pairs of wheels 40 and 44 are correspondingly held in axial alignment and side-by-side one another when the wagon is folded.

Returning to FIGS. 1-3A of the drawings, details of the frame of the folding wagon 1 are now described. Each side of the frame which lies outside a respective one of the sides 56 of the basket 3 includes identical first and second pairs of side support arms. A first pair of side support arms 75 and 76 are pivotally connected to one another by means of a pivot coupling 78, or the like, which extends through first ends of the support arms and the top of the adjacent side 56 of the basket 3, whereby the arms 75 and 76 are opened to make an angle of approximately 90°. The opposite end of the side support arm 75 is pivotally coupled by a pivot coupling 80, or the like, to a common joint with one of the front vertical support bars 12, one end of the front wheel support track 38, and the front end 24 of the basket support rack 10. The opposite end of the side support arm 76 is pivotally coupled by a pivot coupling 82, or the like, to a common joint (best shown in the detail of FIG. 3A) with one of the rear vertical support bars 14, one end of the rear wheel support track 42, and the rear end 30 of the basket support rack 10.

A second pair of side support arms 84 and 85 are pivotally connected to one another by means of a pivot coupling 86, or the like, which extends through first ends of the support arms for receipt by one end of a horizontal cross bar 88 (best shown in FIG. 10) that lies below and supports the basket support rack 10, whereby the arms 84 and 85 are opened to make an angle of approximately 90°. The opposite end of the side support arm 84 is connected to the end cap 64 at one end of the front basket support rod 26. The opposite end of the side support arm 85 is connected to the end cap 62 at one end of the rear basket support rod 32 (best shown in FIG. 3).

The midpoints of the side support arms 84 and 75 which cross over one another are coupled together by a pivot pin 89. The midpoints of the side support arms 76 and 85 which also cross over one another are coupled together by a pivot pin 90.

Referring now to FIGS. 9 and 10 of the drawings, a pull strap 92 is shown looped around a pair of horizontal cross rails 94 and 95 that run in spaced parallel alignment across the basket support rack 10 which lies below and supports the basket 3. The pull strap 92 extends from the cross rails 94 and 95 upwardly through a slit 93 formed in the bottom of the basket 3 (best shown in FIG. 3) so as to be accessible to a user. The cross rails 94 and 95 are connected at opposite ends thereof to respective pairs of side rails (only one side rail 96

US 9,145,154 B1

7

and 97 from each pair thereof being shown in FIG. 10) of the basket support rack 10. The basket support rack 10 includes first and second halves that are pivotally coupled together by means of intermediate pivot couplings (only one of which 98 being shown) located between axially-aligned pairs of side rails 96 and 97 at each side of the rack 10.

It may be appreciated that an upward pulling force applied by the user to the pull strap 92 in the direction of the reference arrow 93 shown in FIG. 9 will apply a corresponding upward pulling force to the first and second halves as well as to the pair of cross rails 94 and 95 of the basket support rack 3 to which the strap 92 is tied. Therefore, each of the pairs of side rails 96 and 97, between which the cross rails 94 and 95 are connected, will be lifted upwardly and off the horizontal cross bar 88. The first and second halves of the basket support rack 10 rotate at the pivot coupling 98 downwardly and towards one another from an initial horizontal position where the side rails 96 and 97 lie end-to-end to an uplifted vertical position where the side rails lie face-to-face. The uplifting and rotation of the first and second halves of the basket support rack 10 at the coupling 98 at each side of rack 10 causes the front and rear of the folding wagon 1 to be pulled towards one another in the direction of the arrows 99 of FIG. 9.

More particularly, the initially-open pairs of side support arms 75, 76 and 84, 85 at each side of the wagon 1 will rotate at their respective pivot couplings 78 and 86, whereby the side support arms 75 and 76 are lifted upwardly and moved together and the side support arms 84 and 85 are pulled downwardly and moved together. In this case, the pairs of side support arms 75, 76 and 84, 85 move relative to one another from an initial open angular position to a collapsed position at which to lie side-by-side one another. As earlier explained, the side support arms 84 and 85 are connected to the front and rear basket support rods 26 and 32 around which the front and rear ends (22 and 23 of FIGS. 1 and 2) of the basket 3 are folded, and the side support arms 75 and 76 are connected to the front and rear ends (24 and 30 of FIGS. 1-3) of the basket rack 10. Therefore, the movement of the side support arms 75, 76, 84 and 85 to the collapsed position in response to the upward pulling force applied to pull strap 92 causes the basket support rack 10 to be correspondingly lifted off the horizontal cross bar 88 so that the first and second halves of rack 10 are folded downwardly around each pivot coupling 98, whereby the side rails 96 and 97 are correspondingly rotated to their vertical position to lie face-to-face at the same time that the frame of the folding basket 1 is rotated at pivot couplings 78, 80, 82, 86, 89 and 90 (of FIGS. 1-3). Accordingly, the wagon 1 is folded from its expanded open configuration of FIGS. 1-3 to its compact closed configuration. By virtue of the aforementioned pivot couplings, the wagon is relatively easily folded without binding or sticking so as to avoid a problem that is commonly encountered by conventional folding wagons.

FIGS. 11 and 12 of the drawings show the folding wagon 1 after being folded to the compact closed configuration when the wagon is not being used. In the folded configuration, the pairs of side support arms 75, 76 and 84, 85 at each side of the wagon 1 are rotated to their collapsed position so as to be generally vertical and lie side-by-side one another. The pairs of front and rear vertical support bars 12 and 14 are pulled towards one another so that the fabric basket 3 is compressed therebetween. That is, the fabric basket 3 will be compressed from an outstretched shape when the folding wagon 1 is in its open configuration shown in FIGS. 1 and 2 to a collapsed shape when the wagon is folded to its closed configuration shown in FIGS. 11 and 12. As previously described while referring to FIGS. 6-8, the pair of rear wheels 44 are moved

8

together so as to lie inside the pair of spaced front wheels 40, whereby all of the wheels 40 and 44 are arranged side-by-side and in axial alignment when the folding wagon 1 has been folded.

A first loop-shaped grip 100 is attached (e.g., sewn) to the front end 22 of the basket 3. A second loop-shaped grip 102 is attached to the rear end 23 of the basket. A grip tie 104 can be wrapped around the grips 100 and 102 and fastened together by means of hook and loop fastener material, whereby the grips 100 and 102 cooperate to provide a means by which to lift and/or pull the wagon in its compact closed configuration. A locking finger 106 (best shown in FIG. 12) is pivotally connected to the rear basket support rod (32 in FIG. 3) at the rear end 23 of the basket 3. The locking finger 106 is adapted to be rotated towards the front end 22 of the basket 3 so that a locking cavity thereof (designated 108 in FIG. 8) can be moved into detachable locking engagement with the front basket support rod (26 of FIG. 1), whereby the folded wagon 1 can be maintained in its compact closed configuration of FIGS. 11 and 12.

FIG. 11 shows the wagon handle 50 rotated downwardly so as to be held in removable receipt by the lower handle retention clip 46 that is mounted on the front wheel support track 38. In this case, the handle 50 and the axially-aligned front and rear wheels 40 and 44 are spaced apart and cooperate to form a stand for holding the folded wagon upright. In the alternative, the folded wagon can be pulled at the grips 100 and 102 and rolled along a surface.

FIGS. 13 and 14 of the drawings show the folding wagon 1 of FIGS. 1 and 2 having a first optional storage rack 110 mounted at one side thereof. The storage rack 110 includes a pair of tubular legs 112 and 114. First ends of the legs 112 and 114 are attached to the wagon 1 at the same pivotal coupling 78 by which the side support arms 75 and 76 (of FIG. 9) are attached to the side 56 of the basket 3. The opposite ends of the legs 112 and 114 are bent to create hooks 116 and 118 that turn towards one another. As is best shown in the example of FIG. 14, a wide and long object, such as a surfboard or the like, can be placed within the hooks 116 and 118 so as to be conveniently carried by the storage rack 110 without reducing the storage capacity of the basket 3.

FIGS. 15 and 16 of the drawings show the folding wagon 1 of FIGS. 1 and 2 having another optional storage rack 120 mounted at one side thereof. First and second hollow tubes 122 and 124 of storage rack 120 are located between connecting rods 126 and 128 and "S"-shaped carrying hooks 130 and 132. The connecting rods 126 and 128 and the carrying hooks 130 and 132 are slidably and telescopically received and locked within opposite ends of the hollow tubes 122 and 124 to correspondingly adjust the size of the storage rack 120 depending upon the article to be carried thereby. The connecting rods 126 and 128 which project from hollow tubes 122 and 124 may be pivotally coupled to the same pivot pins 89 and 90 used to interconnect the pairs of side support arms 75, 84 and 76, 85 as was described while referring to FIGS. 1-3. Therefore, the connecting rods 126 and 128 are rotatable around pivot pins 89 and 90 from an upstanding position shown in FIG. 15 to a down-turned position shown in FIG. 16. In the example shown in FIG. 15, the carrying hooks 130 and 132 of the storage rack 120 are spaced in opposite facing, parallel alignment so as to be ideally suited for carrying long, thin objects such as a fishing rod or the like.

The invention claimed is:

1. A folding wagon having a front and a rear and comprising:

a basket within which to carry articles;

US 9,145,154 B1

9

a collapsible frame by which the folding wagon is folded between an expanded open configuration at which said basket is outstretched and a compact closed configuration at which said basket is collapsed;

a pair of front wheels connected to the front of the folding wagon, said pair of front wheels being separated from one another; and

a pair of rear wheels connected to the rear of the folding wagon, said pair of rear wheels being separated from one another;

the wheels of a first of said pairs of front and rear wheels being moved towards one another while the wheels of the other one of said pairs of wheels remain separated, so that when said folding wagon is folded to said compact closed configuration, the first of said pairs of wheels is located between the other one of said pairs of wheels, whereby said pairs of front and rear wheels are axially aligned with one another; and

a handle having a handle grip at one end thereof and being pivotally connected to said collapsible frame, said handle being rotated between a first position extending upwardly from said collapsible frame at which to receive a pulling force at said handle grip for pulling said folding wagon and a second position extending downwardly from said collapsible frame to the ground, said axially-aligned pairs of front and rear wheels and the handle grip of said handle being located relative to one another on the ground to form a stand said wagon in an upright position when said wagon is folded to said compact closed configuration and said handle is rotated to said second position.

2. The folding wagon recited in claim 1, further comprising an upper handle retention clip located at the front of said folding wagon to which said handle is detachably connected to hold said handle in said first position, and a lower handle retention clip located at the front of said folding wagon below said upper handle retention clip to which said handle is detachably connected to hold said handle in said second position.

3. A folding wagon having a front and a rear and comprising:

a basket within which to carry articles;

a collapsible frame by which the folding wagon is folded between an expanded open configuration at which said basket is outstretched and a compact closed configuration at which said basket is collapsed;

a pair of front wheels connected to the front of the folding wagon, said pair of front wheels being separated from one another;

a pair of rear wheels connected to the rear of the folding wagon, said pair of rear wheels being separated from one another; and

a wheel support track located at one of the front or the rear of said folding wagon,

the wheels of a first of said pairs of front and rear wheels being coupled to and moved together along said wheel support track while the wheels of the other one of said pairs of wheels remain separated, so that when said folding wagon is folded to said compact closed configuration, the first of said pairs of wheels is located between the other one of said pairs of wheels, whereby said pairs of front and rear wheels are axially aligned with one another.

4. The folding wagon recited in claim 3, wherein said pairs of front and rear wheels are spaced outwardly from respective ones of the front and rear of said folding wagon so as to lie ahead of and behind said basket.

10

5. The folding wagon recited in claim 3, further comprising first and second collars surrounding and sliding along said wheel support track, the wheels of the first of said pairs of front and rear wheels connected to respective ones of said first and second collars so as to move therewith towards and away from one another.

6. The folding wagon recited in claim 5, wherein one of said first and second collars has a locking sleeve extending therefrom and the other one of said collars has a locking receptacle, said locking sleeve being received within said locking receptacle when said first and second collars slide along said wheel support track towards one another, whereby the wheels of the first of said pairs of front and rear wheels are correspondingly moved side-by-side one another.

7. The folding wagon recited in claim 3, further comprising a first pair of hollow support bars located at the front of said folding wagon, a second pair of hollow support bars located at the rear of said folding wagon, telescopic extensions slidably received by respective ones of said first and second pairs of hollow support bars, a canopy retention plug located at the top of each telescopic extension, a canopy spaced above said basket, and means to detachably connect the canopy retention plug of each telescopic extension to said canopy.

8. The folding wagon recited in claim 7, wherein the canopy spaced above said basket has four corners, said means to detachably connect the canopy retention plug of each telescopic extension to said canopy including a locking lip extending diagonally across each one of the four corners of said canopy, each telescopic extension sliding in a first direction through a respective hollow support bar of the first and second pairs of hollow support bars towards said canopy so that the canopy retention plug at the top of said telescopic extension is seated upon said locking lip to prevent said telescopic extension from sliding in an opposite direction.

9. The folding wagon recited in claim 7, wherein said basket has a top, a bottom, a front end located at the front of said folding wagon, a rear end located at the rear of said folding wagon, and a pair of sides running between said front and rear ends, said folding wagon further comprising a front basket support rod extending between the first pair of hollow support bars at the front of said folding wagon and being attached to the front end of said basket at the top thereof, and a rear basket support rod extending between the second pair of hollow support bars at the rear of said wagon and being attached to the rear end of said basket at the top thereof.

10. The folding wagon recited in claim 9, further comprising a handle pivotally connected to the front of said folding wagon at said front basket support rod, said handle being rotatable between a first position extending vertically upwardly from the top of said basket and a second position extending vertically downward from the top of said basket.

11. The folding wagon recited in claim 10, further comprising an upper handle retention clip located at the front of said folding wagon above the top of said basket to which said handle is detachably connected to hold said handle in said first position, and a lower handle retention clip located at the front of said folding wagon below the top of said basket to which said handle is detachably connected to hold said handle in said second position.

12. The folding wagon recited in claim 11, wherein said axially-aligned pairs of front and rear wheels and said handle are located relative to one another to form a stand for supporting said wagon in an upright position when said wagon is folded to said compact closed configuration and said handle is rotated to said second position and detachably connected to said lower handle retention clip.

US 9,145,154 B1

11

13. The folding wagon recited in claim 9, further comprising a locking finger coupled to the rear basket support rod that is attached to the rear end of basket, said locking finger being detachably connected between said rear basket support rod and the front basket support rod that is attached to the front end of said basket when said folding wagon is folded to the compact closed configuration, whereby to retain said folding wagon in said compact closed configuration.

14. The folding wagon recited in claim 9, further comprising a first side support strap extending between one hollow support bar of said first pair of hollow support bars and one hollow support bar of said second pair of hollow support bars, one of the pair of sides of said basket attached to said first side support strap, and a second side support strap extending between the other hollow support bar of said first pair of hollow support bars and the other hollow support bar of said second pair of hollow support bars, the other one of the pair of sides of said basket attached to said second side support strap.

15. The folding wagon recited in claim 9, further comprising at least one cup holder attached to one of the front end or the rear end of said basket.

16. The folding wagon recited in claim 3, wherein said collapsible frame includes a basket support rack lying below and supporting said basket, said basket support rack having first and second halves that are pivotally coupled to one another and rotatable between a horizontal position at which said first and second halves lie end-to-end when said wagon is in the expanded open configuration and said basket is outstretched and a vertical position at which said first and second halves lie face-to-face when said wagon is in the compact closed configuration and said basket is collapsed.

17. The folding wagon recited in claim 16, further comprising a pull strap attached to said basket support rack, said pull strap receiving a pulling force to cause the first and second halves of said basket support rack to rotate from said horizontal position to said vertical position.

18. The folding wagon recited in claim 17, wherein said basket has an open top and a closed bottom seated upon said basket support rack, said pull strap extending from said basket support rack through the closed bottom of said basket by way of a slit formed in said closed bottom.

19. A folding wagon having a front and a rear and comprising:

a basket within which to carry articles;

a collapsible frame by which the folding wagon is folded between an expanded open configuration at which said

12

basket is outstretched and a compact closed configuration at which said basket is collapsed;

a pair of front wheels connected to the front of the folding wagon, said pair of front wheels being separated from one another; and

a pair of rear wheels connected to the rear of the folding wagon, said pair of rear wheels being separated from one another,

the wheels of a first of said pairs of front and rear wheels being movable towards and away from one another, such that the wheels of the first of said pairs of wheels are moved towards one another while the wheels of the other one of said pairs of wheels remain separated, so that when said folding wagon is folded to said compact closed configuration, the first of said pairs of wheels is located between the other one of said pairs of wheels, whereby said pairs of front and rear wheels are axially aligned with one another and wherein when the wagon is folded to said compact closed configuration, an axis of rotation of said pair of front wheels is parallel to an axis of rotation of said pair of rear wheels.

20. The folding wagon recited in claim 19, wherein said pairs of front and rear wheels are spaced outwardly from respective ones of the front and rear of said folding wagon so as to lie ahead of and behind said basket.

21. The folding wagon recited in claim 19, further comprising a wheel support track located at one of the front or the rear of said folding wagon, the wheels of the first of said pairs of front and rear wheels being coupled to and movable along said wheel support track such that said wheels move towards and away from one another.

22. The folding wagon recited in claim 21, further comprising first and second collars surrounding and sliding along said wheel support track, the wheels of the first of said pairs of front and rear wheels connected to respective ones of said first and second collars so as to move therewith towards and away from one another.

23. The folding wagon recited in claim 22, wherein one of said first and second collars has a locking sleeve extending therefrom and the other one of said collars has a locking receptacle, said locking sleeve being received within said locking receptacle when said first and second collars slide along said wheel support track towards one another, whereby the wheels of the first of said pairs of front and rear wheels are correspondingly moved side-by-side one another.

* * * * *

# EXHIBIT B

US010040470B1

## (12) United States Patent
### Horowitz

(10) Patent No.: **US 10,040,470 B1**
(45) Date of Patent: **Aug. 7, 2018**

(54) **FOLDING WAGON HAVING A REMOVABLE CANOPY AND DETACHABLE CANOPY SUPPORT MEANS**

(71) Applicant: **Brian Horowitz**, Lake Forest, CA (US)

(72) Inventor: **Brian Horowitz**, Lake Forest, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 15/902,621

(22) Filed: **Feb. 22, 2018**

(51) Int. Cl.
| | |
|---|---|
| B62B 3/02 | (2006.01) |
| B62B 5/00 | (2006.01) |
| B62B 9/14 | (2006.01) |
| B62B 3/00 | (2006.01) |
| B62B 5/06 | (2006.01) |

(52) U.S. Cl.
CPC ............ **B62B 5/0013** (2013.01); **B62B 3/007** (2013.01); **B62B 3/025** (2013.01); **B62B 9/142** (2013.01); *B62B 5/06* (2013.01)

(58) **Field of Classification Search**
CPC ......... B62B 5/06; B62B 5/0013; B62B 3/025; B62B 3/007; B62B 9/142
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,079,777 A * | 6/2000 | Simmons | A47C 1/143 108/157.17 |
| 6,260,566 B1 * | 7/2001 | LaFave | B62B 17/08 135/88.01 |
| 6,263,893 B1 | 7/2001 | Spinella et al. | |
| 6,390,431 B1 * | 5/2002 | Ott | A45C 13/00 248/229.23 |
| 7,625,033 B2 * | 12/2009 | Michelau | B62B 9/147 135/119 |
| 7,703,795 B2 * | 4/2010 | Williamson | A01K 97/10 280/40 |
| 8,011,686 B2 | 9/2011 | Chen et al. | |
| 8,220,824 B2 | 7/2012 | Chen et al. | |
| 8,388,015 B2 | 3/2013 | Chen et al. | |
| 9,085,311 B1 * | 7/2015 | Chen | B62B 3/007 |
| 9,145,154 B1 * | 9/2015 | Horowitz | B62B 3/025 |
| 9,376,133 B2 * | 6/2016 | Sun | B62B 9/24 |
| 9,771,093 B2 | 9/2017 | Horowitz | |
| 9,815,355 B2 * | 11/2017 | Byrne | B60J 7/106 |
| 9,861,087 B1 * | 1/2018 | Arrazola | A01K 97/10 |
| 2010/0090444 A1 * | 4/2010 | Chen | B62B 3/007 280/651 |

(Continued)

*Primary Examiner* — Brian L. Swenson
(74) *Attorney, Agent, or Firm* — Morland C. Fischer

(57) **ABSTRACT**

Disclosed is a folding wagon having a frame that is folded from an expanded configuration at which a variety of articles are carried in a basket to a compact collapsed configuration at which to facilitate the storage or transport of the wagon. A removable canopy is held above the basket by a plurality of hollow mounting posts that are pivotally connected to respective corner brackets mounted on the frame and a corresponding plurality of telescoping canopy support rods that engage the canopy and slide through the hollow mounting posts to adjust the distance between the canopy and the basket. The canopy support rods are disengaged from the canopy to separate the canopy from the wagon, and the pluralities of mounting posts and canopy support rods are rotatable together relative to the wagon frame between a first position standing upwardly from the basket and a second position lying alongside the basket.

**20 Claims, 7 Drawing Sheets**





**US 10,040,470 B1**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| 2014/0284443 | A1 * | 9/2014 | Forbes | .................... | G09F 21/04 |
| | | | | | 248/313 |
| 2015/0151771 | A1 * | 6/2015 | Jin | ........................ | B62B 3/027 |
| | | | | | 280/651 |

* cited by examiner



**FIG. 1**



FIG. 2

FIG. 3

FIG. 4



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



FIG. 9

FIG. 10



FIG. 11



**FIG. 12**

**FIG. 13**

US 10,040,470 B1

**1**

# FOLDING WAGON HAVING A REMOVABLE CANOPY AND DETACHABLE CANOPY SUPPORT MEANS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to a folding wagon that is capable of being folded from an expanded open configuration at which a variety of articles or small children are carried in a basket of the wagon to a compact collapsed configuration at which to facilitate the storage or transport of the wagon when it is not being used. A removable canopy is held above the basket by means of hollow canopy mounting posts that are pivotally and detachably connected to respective corner brackets of the wagon and telescoping canopy support rods that extend from the canopy to be slidably received through the hollow canopy mounting posts so as to adjust the distance between the canopy and the basket.

### 2. Background Art

Wagons are known which are capable of being folded between open and collapsed configurations. Some folding wagons have a fabric basket that is sized to carry a variety of articles or small children when the wagon is unfolded for use in its open configuration. One example of such a folding wagon is available by referring to my U.S. Pat. No. 9,145,154 entitled FOLDING WAGON which issued Sep. 29, 2015.

My patented folding wagon has a removable canopy that is held above the basket by upstanding telescoping canopy support rods that are slidably received downwardly through hollow elbow joints located at corners of the wagon so that the telescoping rods can be disengaged from the canopy to permit the canopy to be removed from the wagon. In this case, the telescoping rods are always carried by the wagon whether or not the canopy is held above the basket. To maximize the applications and advantages of my patented wagon, it would be desirable to be able to either move the canopy support rods out of the way or completely remove the canopy support rods from the wagon along with the canopy. In this same regard, it would also be desirable to be able to substitute other useful articles for transport by the wagon after the canopy support rods and the canopy have been removed therefrom.

## SUMMARY OF THE INVENTION

In general terms, disclosed herein is a folding wagon which includes a flexible basket and an overhead canopy that is removably attached to the wagon to cover the open top of the basket. The folding wagon is pulled at a handle in order to transport a variety of articles and/or small children that are located in the wagon basket. The folding wagon also includes a frame having a basket support rack upon which the wagon basket is seated and supported. The frame is adapted to be folded so that the wagon is correspondingly folded from an expanded open configuration during use to a compact collapsed configuration to facilitate transport and/or storage of the wagon when it is not in use. The wagon includes pairs of front and rear wheels attached to the wagon frame to roll over a surface in response to a pulling or a pushing force being applied to the wagon handle.

The removable overhead canopy is held above the basket of the folding wagon by means of upstanding hollow canopy

**2**

mounting posts and telescoping canopy support rods. One end of each canopy mounting post is pivotally and detachably connected by a removable fastener to a corner of the wagon frame within a coupling channel of a respective corner bracket. One end of each telescoping canopy support rod is removably received within a corner pocket of the overhead canopy to hold the canopy in place. The opposite end of the telescoping support rod is slidably received through the opposite end of a corresponding one of the hollow canopy mounting posts to adjust the distance between the canopy and the basket.

When it is desirable to remove the overhead canopy from the wagon, the canopy support rods are first removed from the corner pockets of the canopy and pushed downwardly through the hollow canopy mounting posts. The mounting posts may then be rotated relative to the corner brackets to which they are pivotally connected through an angle of at least 180° from a first position standing upwardly from the wagon frame at which to lie above the wagon basket when the canopy is being held in place to a second position lying adjacent the sides of the wagon basket when the canopy is removed from the wagon. In their second position, the mounting posts are rotated into removable receipt by coupling clips that are attached to opposite sides of the wagon frame.

In the alternative, the canopy mounting posts with the telescoping canopy support rods being slidably received therewithin may be disconnected from the wagon. In this case, the fasteners by which the mounting posts are pivotally and detachably connected to respective corner brackets are removed, and the mounting posts are withdrawn from the coupling channels of the coupling brackets. A variety of useful articles may then be substituted for the canopy mounting posts. By way of example only, such useful articles include, but are not limited to, a cup holder, a fishing rod carrying sleeve and a frame at which a utility basket is carried. More particularly, each article has a coupling tab, or the like, extending therefrom to be removably received within the coupling channel of a corresponding corner bracket. The aforementioned fastener is moved through the corner bracket and a coupling hole formed in the coupling tab, whereby the coupling tab and the article associated therewith are pivotally and detachably connected to the corner bracket of the wagon frame.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a folding wagon having a flexible basket, a collapsible frame, a removable overhead canopy, and upstanding canopy mounting posts pivotally and detachably connected to the frame for holding the canopy above the basket;

FIG. 2 shows the folding wagon of FIG. 1 without the overhead canopy and with telescoping canopy support rods extending upwardly from respective canopy mounting posts at which to engage the canopy;

FIG. 3 shows a detail of the folding wagon of FIG. 2 with the telescoping canopy support rods being slidably received downwardly through respective ones of the canopy mounting posts;

FIG. 4 shows the wagon detail of FIG. 3 with the canopy mounting posts rotated so as to lie alongside the wagon basket and held in place by coupling clips attached to the collapsible frame of the folding wagon;

US 10,040,470 B1

**3**

FIG. 5 illustrates the pivotal and detachable connection of one of the canopy mounting posts to a respective corner bracket that is attached to one corner of the collapsible frame of the folding wagon;

FIG. 6 is an exploded view of the corner bracket and the corner of the wagon frame shown in FIG. 5;

FIGS. 7 and 8 show a collapsible cup holder pivotally and detachably connected to a corresponding corner bracket at a corner of the collapsible frame of the folding wagon after the canopy mounting post of FIG. 5 has been detached from the corner bracket;

FIGS. 9 and 10 show a pair of collapsible cup holders pivotally and detachably connected to respective corner brackets at adjacent corners of the collapsible frame of the folding wagon when the frame is in an expanded open configuration and in a compact collapsed configuration;

FIG. 11 shows a pair of tubular fishing rod carrying sleeves pivotally and detachably connected to respective corner brackets of the collapsible wagon frame after canopy mounting posts have first been removed therefrom; and

FIGS. 12 and 13 show a frame for a utility basket pivotally and detachably connected to a pair of corner brackets of the collapsible frame of the folding wagon when the frame is in its expanded open configuration and in its compact collapsed configuration.

DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring initially to FIG. 1 of the drawings, there is shown an improved folding wagon 1 that is adapted to be folded between an expanded open configuration during use and a compact collapsed configuration at which to facilitate its storage or transport when not in use. Folding wagons like that shown in FIG. 1 are known. For example, reference can be made to my U.S. Pat. No. 9,145,154 which shows and describes one example of a folding wagon of the kind in which the improvements to be described below can be incorporated. Therefore, the teachings of my patent are hereby incorporated herein by reference, and only a brief description of the folding wagon 1 will be provided below.

The folding wagon 1 includes a fabric basket 3 within which to carry a variety of articles including, but not limited to, sporting and camping goods, picnic supplies, business inventory and even small children. The fabric basket 3 is open at the top and closed along the bottom, front, rear and sides. The basket 3 sits upon and is supported by a rectangular folding frame which includes a flat basket support rack 5 that lies at the bottom of the wagon 1. The basket support rack 5 has opposite ends 7 and 9 that are pivotally connected together and capable of being rotated towards one another so as to lie face-to-face (not shown) in response to an uplifting pulling force applied thereto when the wagon is being folded to its compact collapsed configuration.

However, it is to be understood that the advantages of this invention will be described in greater detail hereinafter are also applicable to wagons which do not fold. In that case, the basket support rack 5 will remain flat such that the opposite ends 7 and 9 thereof remain stationary and will not rotate towards and away from one another.

The rectangular folding frame of the folding wagon 1 that is shown in FIG. 1 is folded to enable the wagon to be correspondingly folded from its expanded open configuration of FIG. 1 at which articles are carried in the basket 3 to its compact collapsed configuration (shown in FIG. 10) at which the basket 3 is collapsed upon itself and the wagon is suitable for transport or storage. Prior to it being folded, the

**4**

folding frame also holds the basket 3 up so as to be seated on and supported by the basket support rack 5. Reference may also be made to my aforementioned U.S. Pat. No. 9,145,154 for details to explain the attachment of the basket 3 to the folding wagon frame so that the basket 3 is held above the basket support rack 5.

Briefly, each side of the wagon frame which lies along one side of the wagon basket 3 is identical and includes a first pair of diagonally extending side support arms 10 and 11 and a second pair of diagonally extending side support arms 12 and 13. The first pair of diagonal side support arms 10 and 11 are connected to one another at first ends thereof by means of an upper pivot coupling 14, so that the support arms 10 and 11 project upwardly to make an angle of about 90 degrees. The second pair of diagonal side support arms 12 and 13 are also connected to one another at first ends thereof by means of a lower pivot coupling 16, so that the support arms 12 and 13 project downwardly to make an angle of about 90 degrees. The diagonally extending side support arms 10 and 12 are coupled to one another about midway between the first and opposite ends thereof by means of a pivot coupling 18, and the diagonally extending side support arms 11 and 13 are coupled to one another about midway between the first and opposite ends thereof by means of a pivot coupling 20.

The opposite end of the side support arm 10 of the first pair of side support arms 10 and 11 is connected to one end of a rear wheel support track 22. The rear wheel support track 22 is spaced from and located behind the basket support rack 5 at which a pair of rear wheels 24 of the folding wagon 1 are mounted. Each rear wheel 24 is attached to a collar 26 that surrounds and is slidable back and forth along the rear wheel support track 22. The collars 26 slide towards one another so that the rear wheels 24 move together to enable the wagon 1 to be folded into its compact collapsed configuration.

The opposite end of the side support arm 11 of the first of the pair of side support arms 10 and 11 of the wagon frame bends continuously around the front of the folding wagon 1 at which to form a front wheel support track 28. The front wheel support track 28 is spaced from and located ahead of the basket support rack 5 at which a pair of front wheels (only one of which 30 being shown) of the folding wagon 1 are mounted. Each front wheel 30 is fixedly connected to the front wheel support track 28 by means of a pivotal front wheel bracket 32.

A horizontal extension 34 of the side support arm 12 of the second pair of side support arms 12 and 13 of the wagon frame bends continuously around the rear of the folding wagon 1. The rear of the basket 3 is folded over and around the extension 34 of the side support arm 12 to help hold the basket 3 up so as to stand above the basket support rack 5 when the wagon 1 is in its expanded open configuration.

Likewise, a horizontal extension 36 of the side support arm 13 of the second pair of side support arms 12 and 13 bends continuously around the rear of the folding wagon 1. The front of the basket 3 is folded over and around the extension 36 of the side support arm 13 to help hold the basket 3 up so as to stand above the basket support rack 5 when the wagon 1 is in its expanded open configuration.

A wagon transport handle 38 is pivotally connected to the basket support extension 36 at the front of the folding wagon 1. A pulling force or a pushing force is applied to the wagon transport handle 38 by a user to cause the pairs of rear and front wheels 24 and 30 to roll over a surface by which the wagon 1 can be transported from place-to-place in a forward or backward direction. Flexible U-shaped wagon retention

US 10,040,470 B1

5

handles 40 and 42 are attached to and extend outwardly from the front and the rear of the basket 3. The wagon retention handles 40 and 42 can be mated to one another so as to hold the wagon 1 in its closed configuration standing upright on the ground (not shown). In the case where the folding wagon 1 is folded to its compact closed configuration, the pairs of front and rear wheels 30 and 24 are moved side-by-side one another on the ground, and the wagon transport handle 38 is rotated downwardly to lie on the ground, so that a stand is created for holding the folded wagon upright on the ground.

As in the case of the folding wagon described in my aforementioned U.S. Pat. No. 9,145,154, the improved folding wagon 1 shown in FIG. 1 includes a rectangular overhead fabric canopy 50 that is adjustably and removably attached to the wagon 1 so as to be held above the open top of the basket 3. However, the previous means by which the canopy 50 is removably attached to the wagon 1 has been changed to achieve important advantages which will now be described.

More particularly, the canopy 50 is removably attached to the folding wagon 1 by canopy mounting means, each of which including a hollow, rotatable and relatively wide cylindrical canopy mounting post 52 and a relatively narrow telescoping canopy support rod 54 that is slidably received by the mounting post 52. A combination canopy mounting post 52 and telescoping canopy support rod 54 is located at each of the four corners of the frame of the folding wagon 1. That is, a telescoping canopy support rod 54 from each combination is located above the wagon basket 3 to be removably received at one of the four corners of the rectangular canopy 50, and a hollow canopy mounting post 52 through which a telescoping rod 54 is slidable is pivotally coupled to one corner of the wagon frame.

Referring concurrently in this regard to FIGS. 1-6 of the drawings, the overhead rectangular canopy 50 is shown in FIG. 1 having a pocket 56 located at each corner thereof. Each telescoping canopy support rod 54 has a relatively wide coupling head 58 located at its top. The opposite bottoms of the coupling rods 54 are received within the open tops of and slidable through respective hollow canopy mounting posts 52 that are pivotally coupled to the four corners of the wagon frame. The coupling heads 58 at the tops of the telescoping rods 54 are received within respective pockets 56 located at the four corners of the removable canopy 50 (best shown in FIG. 1), whereby to hold the canopy in place above the basket 3 of the wagon 1.

The telescoping canopy support rods 54 are slidable vertically and in opposite directions (represented by the reference arrows 60 shown in FIG. 2) through the canopy mounting posts 52 to correspondingly adjust the distance between the canopy 50 and the top of the wagon basket 3. With the telescoping rods 54 fully extended upwardly from the mounting posts 52 as shown in FIG. 2, the distance between the canopy 50 and the basket 3 of the wagon 1 is maximized. With the telescoping rods 54 pushed downwardly to slide completely through the mounting posts 52 as shown in FIG. 3, the distance between the canopy 50 and the basket 3 of the wagon 1 is minimized. In this case, the coupling heads 58 at the tops of the telescoping rods 54 can be disengaged and removed from the corner pockets 56 of the canopy 50 by which the canopy can be removed from wagon 1.

As just described, the open tops of the hollow canopy mounting posts 52 receive respective ones of the telescoping rods 54 therethrough. The opposite bottoms of the mounting posts 52 are pivotally connected to and stand upwardly from respective corners of the frame of the wagon 1 by means of

6

a plurality of (e.g., four) corner brackets 64. Referring specifically in this regard to FIGS. 5 and 6 of the drawings, one of the plurality of corner brackets 64 is shown having a top 66 and a detachable bottom 68 lying one above the other. The bottom 68 of corner bracket 64 is configured to receive therewithin the continuously extending intersection of one of the diagonally extending second pair of side support arms (e.g., 13) of the wagon frame and the extension 36 thereof that runs horizontally across the front of the folding wagon 1 to hold up the basket 3 (best shown in FIG. 1).

The bottom 68 of the corner bracket 64 has a coupling channel 70 formed therethrough. A pair of axially aligned holes 72 are spaced from one another through the bottom 68 of bracket 64 at opposite ends of the coupling channel 70. A coupling collar 74 surrounds the bottom of the hollow canopy mounting post 52 within which one of the telescoping canopy support rods (e.g., designated 54 in FIG. 1) is slidably received. A coupling hole 76 extends laterally and completely through the bottom of the mounting post 52 and the coupling collar 74 that surrounds the mounting post 52.

The canopy mounting post 52 shown in FIG. 5 is pivotally coupled to a front corner of the rectangular frame of the folding wagon 1 of FIG. 1 by locating the coupling collar 74 of mounting post 52 within the coupling channel 70 formed through the bottom 68 of the corner bracket 64. A removable coupler 78 (such as a pin, a fastener or the like) is moved through each of the opposing holes 72 of the bracket 64 and the coupling hole 76 of the coupling collar 74 that is located between the holes 72 and axially aligned therewith. Accordingly, the canopy mounting post 52 which receives therewithin a telescoping canopy support rod 54 may now be rotated (in one of the directions indicated by the reference arrows 80 of FIG. 2) between a first substantially vertical position standing upwardly from the front of the frame of the wagon 1, where the telescoping rod 54 can be slidably adjusted upwardly through the mounting post 52 in order to hold the canopy 50 above the basket 3 of wagon 1, and a second out of the way position so as to be located along one side of the basket 3 of wagon 1 below the open top thereof (best shown in FIG. 4) after the telescoping rod 54 is first pushed downwardly through the mounting post 52 and removed from its corner pocket 56 in the canopy 50 when it is desirable to separate the canopy from the wagon.

In the case where the canopy mounting post 52 is rotated downwardly to lie alongside the basket 3, and as is also best shown in FIG. 4, the mounting post 52 is held in place adjacent one of the diagonal side support arms (e.g., 11) of the wagon frame by means of a coupling clip 82 that is attached to the side support arm. That is, the canopy mounting post 52 is either pushed into removable receipt by the coupling clip 82 when the wagon 1 is used without its canopy 50 or detached from the coupling clip 82 when the mounting post 52 will be rotated to its vertically upstanding position (of FIG. 3) at which the telescoping canopy support rod 54 can be pulled outwardly from its mounting post 52 to be moved into engagement with canopy 50.

The assembly of the corner bracket 64 of FIGS. 5 and 6 is completed when the top 66 of bracket 64 is placed over the bottom 68 thereof so that attachment holes 84 formed through the top 66 of bracket 64 are aligned with attachment posts 86 standing upwardly from the bottom 68. Fasteners (not shown) are then moved through respective pairs of axially aligned attachment holes 84 and attachment posts 86 to hold the top 66 and bottom 68 of the corner bracket 64 together in surrounding engagement with the frontal extension of the side support arm 13 of the frame of wagon 1.

US 10,040,470 B1

7

FIGS. 1-6 illustrate the folding wagon 1 having a removably canopy 50 to be held above a basket 3 by means of telescoping canopy support rods 54 that are slidably adjustable through rotating canopy mounting posts 52 that are pivotally connected to respective corner brackets 64. As an option, the canopy 50 can be removed from the wagon 1, and the mounting posts 52 and telescoping rods 54 that are carried thereby can be detached from the corner brackets 64 by withdrawing the couplers 78 from the axially aligned holes 72 and 76 which run through the bottoms 68 of the corner brackets 64 and the coupling collars 74 of the mounting posts 52.

In this case, one or more of the corner brackets 64 that are located at corners of the rectangular frame of the folding wagon 1 can be advantageously used for a purpose other than for holding the overhead canopy 50 above the wagon basket 3. Referring in this regard to FIGS. 7 and 8 of the drawings, there is shown a cylindrically shaped collapsible cup holder 90 pivotally coupled to one of the corners of the frame of the folding wagon 1 by means of one of the previously described corner brackets 64. Because details of the corner bracket 64 were previously provided, identical reference numeral will be used to describe the alternate application of the bracket 64 illustrated in FIGS. 7 and 8.

The optional collapsible cup holder 90 is generally known and will typically be used for receiving and carrying a cup, a bottle or the like while the folding wagon 1 of FIG. 1 is either stationary or being rolled from place-to-place. The cup holder 90 is provided with a coupling tab 92 having a coupling hole 94 formed therein. The cup holder 90 is removably connected to a corner of the frame of the folding wagon 1 at a corner bracket 64 thereof by locating the coupling tab 92 of cup holder 90 within the coupling channel 70 of corner bracket 64 so that the coupling hole 94 formed in the coupling tab 92 is positioned between and axially aligned with the opposing pin holes 72 that are formed through the bottom 68 of bracket 64.

The aforementioned removable coupler 78 is now moved through the axially aligned holes 72 and 94 by which the collapsible cup holder 90 is pivotally and detachably connected to the corner bracket 64 of wagon 1. The cup holder 90 is disconnected from the wagon and separated from corner bracket 64 by withdrawing the coupler 78 and removing the coupling tab 92 of cup holder 90 from the coupling channel 70 of bracket 64.

FIGS. 9 and 10 of the drawings show the folding wagon frame carrying a pair of the collapsible cup holders 90 of FIGS. 7 and 8 when the frame is in its expanded open configuration of FIG. 9 and in its compact collapsed configuration of FIG. 10. The pair of cup holders 90 are pivotally connected by couplers 78 (of FIG. 7) to respective corner brackets 64 located at corners of the wagon frame so as to extend horizontally from the wagon frame at which to receive and carry cups therewithin when the wagon frame is expanded and the first pairs of side support arms 10 and 11 are spaced from the second pair pairs of side support arms 12 and 13 as shown in FIG. 9. In this case, the collapsible cup holders 90 are expanded. When the wagon frame is collapsed into its compact package and the first pairs of side support arms 10 and 11 and the second pairs of side support arms 12 and 13 lie in generally vertical side-by-side alignment as shown in FIG. 10, the cup holders 90 are rotated at their coupling tabs 92 to extend vertically downward relative to the wagon frame and lie along the vertically extending side support arms 10-13 at which the cup holders 90 can now be collapsed.

8

Another option for using some or all of the identical, previously disclosed corner brackets 64 when the overhead canopy 50 of FIG. 1 has been removed from the folding wagon 1 is described while referring to FIG. 11 of the drawings. In this case, there is shown a pair of optional fishing rod carrying sleeves 98 pivotally coupled to respective corner brackets 64 that are attached to one end of the frame of the folding wagon 1. Each fishing rod carrying sleeve 98 has a tubular body that is sized and shaped to receive and surround the handle of a conventional fishing rod (shown in phantom lines and designated 100 in FIG. 11).

Like the collapsible cup holder 90 of FIGS. 7 and 8, each fishing rod carrying sleeve 98 of FIG. 11 is provided with a coupling tab 102 having a coupling hole (not shown) formed therein. The fishing rod carrying sleeve 98 is removably connected to a corresponding corner bracket 64 by locating the coupling tab 102 of the sleeve within the coupling channel 70 of the bracket 64 so that the coupling hole formed through the coupling tab 102 is positioned between and axially aligned with the opposing holes (designated 72 in FIG. 7) that are formed through bracket 64. The aforementioned coupler 78 (best shown in FIG. 7) is now moved through the axially aligned holes that are formed in bracket 64 and coupling tab 102 by which the fishing rod carrying sleeve 98 is pivotally connected to the corner bracket 64. Each fishing rod carrying sleeve 98 is disconnected from its corner bracket 64 and separated from the wagon by withdrawing the coupler 78 and removing the coupling tab 102 of the sleeve 98 from the coupling channel 70 of bracket 64.

Yet another use for one or more of the identical, previously disclosed corner brackets 64 located at the corners of the frame of the folding wagon 1 is described while referring to FIGS. 12 and 13 of the drawings. In this example, an optional utility box or basket 108 is suspended from the wagon frame to be transported at one end (e.g., the front) of the folding wagon 1 of FIG. 1 after the overhead canopy has been removed therefrom. The utility basket 108 has a frame 106 which runs around and through the top thereof. A pair of frame arms 110 project from opposite sides of the basket frame 106 towards the wagon to be pivotally coupled to a respective pair of adjacent corner brackets 64.

Each one of the frame arms 110 of the basket frame 106 has a coupling hole (not shown) formed therein. The frame 106 of the utility basket 108 is removably connected to the frame of the wagon 1 by locating the frame arms 110 within coupling channels 70 of respective ones of the pair of corner brackets 64 so that the coupling hole that is formed through each frame arm 110 is positioned between and axially aligned with opposing holes (designated 72 in FIG. 7) that are formed through a corresponding bracket 64. A coupler (designated 78 and best shown in FIG. 7) is now moved through the axially aligned holes that are formed in each bracket 64 and one of the pair of frame arms 110 of the basket frame 106 by which the utility basket 108 is pivotally connected to the pair of corner brackets 64 that are located at an end (e.g., the front) of the wagon frame. More particularly, the basket frame 106 and the utility basket 108 carried thereby are rotatable relative to the pair of corner brackets 64 to which they are coupled between a horizontal position extending outwardly from the wagon frame when the folding wagon 1 is opened to its expanded configuration shown in FIG. 12 and a vertical position extending downwardly and lying alongside the wagon frame when the folding wagon 1 is folded to its compact collapsed configuration shown in FIG. 13.

US 10,040,470 B1

9

The invention claimed is:

1. A wagon comprising:

a frame;

at least one wheel attached to the frame to enable the wagon to roll over a flat surface and move from place-to-place;

a basket carried by the frame and having an open top at which to receive and transport a variety of articles;

a removable overhead canopy lying above said basket; and

a plurality of canopy mounting means pivotally coupled to said frame and being rotatable relative to said frame between a first position standing upwardly from said frame to lie above said basket at which to engage and hold said removable canopy over said basket and a second position lying alongside said basket below said open top thereof at which said plurality of mounting means are disengaged from said removable canopy and said canopy is removed from said wagon.

2. The wagon recited in claim 1, wherein said plurality of canopy mounting means stand upwardly from said frame in a generally vertical direction so as to lie above said basket at which to engage and hold said removable overhead canopy over said basket when said plurality of mounting means are located in said first position.

3. The wagon recited in claim 2, wherein said plurality of canopy mounting means rotate relative to said frame through an angle of at least 180° when said canopy mounting means are rotated between said first position standing vertically upward from said frame so as to lie above said basket and said second position lying alongside said basket.

4. The wagon recited in claim 1, wherein at least one of said plurality of canopy mounting means includes a hollow canopy mounting post detachably connected to said frame and a telescoping canopy support rod having a first end engaging said removable overhead canopy and an opposite end received by and slidable through said hollow canopy mounting post to adjust the distance between said overhead canopy and said basket.

5. The wagon recited in claim 4, further comprising a bracket attached to said frame, the hollow canopy mounting post of the at least one of said plurality of canopy mounting means being detachably connected and pivotally coupled to said frame at said bracket by means of a coupler that runs through each of said bracket and said mounting post such that said one canopy mounting means is rotatable relative to said bracket between said first and second positions.

6. The wagon recited in claim 5, further comprising a coupling clip attached to said frame, wherein the hollow canopy mounting post of the at least one of said plurality of canopy mounting means is rotated into removable receipt of and held in place by said coupling clip when said one canopy mounting means is rotated relative to said bracket to said second position lying alongside said basket.

7. The wagon recited in claim 5, wherein the frame of said wagon is rectangular and has four corners, said bracket being attached to said frame in surrounding engagement with one of the four corners thereof.

8. The wagon recited in claim 5, wherein the first end of said canopy support rod is adapted to be disengaged from said removable overhead canopy and wherein said coupler is removable from each of said bracket and said hollow canopy mounting post, whereby said canopy mounting post is disconnected from said frame and separated from said wagon.

9. The wagon recited in claim 1, wherein said basket is flexible and said frame is collapsible by which said wagon

10

is folded between an expanded configuration at which said frame is outstretched horizontally and a compact configuration at which said frame is collapsed vertically upon itself.

10. A wagon comprising:

a frame;

at least one wheel attached to the frame to enable the wagon to roll over a flat surface and move from place-to-place;

a basket carried by the frame in which to receive and transport a variety of articles;

a removable overhead canopy lying above said basket;

a plurality of canopy mounting means detachably connected to said frame and extending between said frame and said removable overhead canopy to engage and hold said canopy over said basket, said plurality of canopy mounting means adapted to be disconnected from said frame and disengaged from said removable overhead canopy, whereby said canopy is separated from said wagon, at least one of said plurality of canopy mounting means including a hollow canopy mounting post at which said at least one canopy mounting means is detachably connected to said frame and a telescoping canopy support rod having a first end engaging said removable overhead canopy and an opposite end received by and slidable through said hollow canopy mounting post to adjust the distance between said overhead canopy and said basket; and

a bracket connected to said frame, said hollow canopy mounting post detachably connected to said bracket so that said at least one canopy mounting means is detachably connected to said frame by way of said bracket.

11. The wagon recited in claim 10, wherein said bracket has a coupling channel formed therein and said hollow canopy mounting post is removably received within said coupling channel, said wagon further comprising a removable coupler extending through each of the coupling channel of said bracket and the canopy mounting post received therewithin such that said at least one canopy mounting means is detachably connected to said frame.

12. The wagon recited in claim 10, further comprising a cup holder and a bracket connected between said cup holder and said frame so that said cup holder is attached to and carried by said wagon.

13. The wagon recited in claim 12, further comprising a coupler, and wherein said cup holder has a coupling tab extending therefrom and a coupling hole formed in said coupling tab, said coupler being received through said bracket and the coupling hole formed in the coupling tab of said cup holder, such that said cup holder is pivotally connected to said bracket by said fastener and rotatable relative to said frame.

14. The wagon recited in claim 10, further comprising a fishing rod holder and a bracket connected between said fishing rod holder and said frame so that said fishing rod holder is attached to and carried by said wagon.

15. The wagon recited in claim 14, further comprising a coupler, and wherein said fishing rod holder has a tubular body with a coupling tab extending therefrom and a coupling hole formed in said coupling tab, said coupler being received through said bracket and the coupling hole formed in the coupling tab of said fishing rod holder, such that said fishing rod holder is pivotally connected to said bracket by said fastener and rotatable relative to said frame.

US 10,040,470 B1

11

16. A wagon comprising:

a frame;

at least one wheel attached to the frame to enable the wagon to roll over a flat surface and move from place-to-place;

a basket having an open top and being carried by the frame in which to receive and transport a variety of articles;

a removable overhead canopy lying above said basket;

a plurality of canopy mounting means being pivotally coupled and detachably connected to said frame and extending from said frame to said removable overhead canopy, said plurality of canopy mounting means being rotatable relative to said frame between a first position standing upwardly from said frame to lie above said basket at which to engage and hold said removable canopy over said basket and a second position to lie below the open top of said basket at which said plurality of canopy mounting means are adapted to be disconnected from said frame and disengaged from said removable overhead canopy, whereby said canopy is separated from said wagon;

a utility basket;

a utility basket frame to which said utility basket is attached, said utility basket frame having a pair of frame arms lying opposite one another and running along the sides of said utility basket; and

a pair of brackets connected between respective ones of the pair of frame arms of said utility basket frame and the frame of said wagon so that said utility basket frame and said utility basket attached thereto are connected to and carried by said wagon.

17. The wagon recited in claim 16, wherein at least one of said plurality of canopy mounting means includes a hollow canopy mounting post and a telescoping canopy support rod having a first end to releasably engage said removable overhead canopy and an opposite end received by and slidable through said hollow

12

canopy mounting post to adjust the distance between said overhead canopy and said basket carried by said frame.

18. The wagon recited in claim 17, further comprising a bracket connected to said frame, said hollow canopy mounting post detachably connected to said bracket so that said at least one canopy mounting means is detachably connected to said frame by way of said bracket.

19. The wagon recited in claim 18, wherein said bracket has a coupling channel formed therein and said hollow canopy mounting post is removably received within said coupling channel, said wagon further comprising a removable coupler extending through each of the coupling channel of said bracket and the canopy mounting post received therewithin such that said at least one canopy mounting means is detachably connected to said frame.

20. A wagon comprising:

a frame;

at least one wheel attached to the frame to enable the wagon to roll over a flat surface and move from place-to-place;

a basket carried by the frame in which to receive and transport a variety of articles;

a removable overhead canopy lying above said basket; and

a plurality of canopy mounting means being pivotally coupled and detachably connected to said frame and extending from said frame to said removable overhead canopy, said plurality of canopy mounting means being rotatable relative to said frame between a first position standing upwardly from said frame to lie above said basket to engage and hold said removable canopy over said basket and a second position to lie below said first position at which said plurality of canopy mounting means are adapted to be disconnected from said frame and disengaged from said removable overhead canopy, whereby said canopy is separated from said wagon.

* * * * *

# EXHIBIT C



Popular Items: Xpec Scooters | Child Carriers | Ozone Generators | Privacy Screens

# Crosslinks

Home & Garden ▾    Kids & Babies ▾    Sports & Outdoors ▾    Health & Fitness ▾    Business & Industrial ▾    Sale & Clearance

🛒 Cart

Home / Products / Collapsible Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy

## Collapsible Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy

☆☆☆☆☆ Write a review

$ 164.95

**Add to Cart**        **Buy it now**

Loyalty Rewards

...ption    Features    Specification    Dimensions



Free Shipping on All US Orders

Popular Items: *Xpec Scooters* | *Child Carriers* | *Ozone Generators* | *Privacy Screens*

# Crosslinks

Home & Garden ∨   Kids & Babies ∨   Sports & Outdoors ∨   Health & Fitness ∨   Business & Industrial ∨   Sale & Clearance

•◖   ∎ Cart

Home / Products / Collapsible Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy

## Collapsible Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy

☆☆☆☆☆ Write a review

$ 164.95



Add to Cart

**Buy It now**

Loyalty Rewards

...ption   Features   Specification   Dimensions

← C 🔒 crosslinksmart.com                                        ☆ 🚫 📄 👤

**Highlights**   Description   Features   Specification   Dimensions



- ○ MULTI-PURPOSE and LARGE CAPACITY: approx. 36"Lx26"Wx43"H and large interior loading space measures 30"Lx20"Wx10"H. Strong wheels and frame. support up to 265 lbs

- ○ PERFECT FOR PARK & BEACH: Sturdy 4" wide and 7" tall all terrain wheels. 2 X 360 swivel Front wheels with locks. Perfect for trips to beach. garden. park, camping. outdoor sporting events

- ○ EASY MANEUVER: Extra large PU tires with bearings, thus moving more smoothly and suits for most road surfaces. Adjustable handle and push bar for effortless transport

- ○ UNIQUE REMOVABLE CANOPY: Retractable canopy for shade and cool when needed. This folding wagon bed is made with high quality durable 600D Nylon fabric material. and it can be easily removed and machine washable.

- ○ EASY FOLD DESIGN: Foldable design allows set up or collapse in Seconds. The large wagon folds to approx. 32" x 24" x 10". Compact enough to store in the trunk of your car

SKU: CRS502812 | BRAND: Clevr | UPC: 689807754646

Loyalty Rewards

Crosslinks

Free Shipping on All US Orders

Popular Items: *Xspec Scooters* | *Child Carriers* | *Ozone Generators* | *Privacy Screens*

Home & Garden    Kids & Babies    Sports & Outdoors    Health & Fitness    Business & Industrial    Sale & Clearance

Cart

Home / Products / Collapsible Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy

# Collapsible Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy

☆☆☆☆☆ Write a review

$164.95



**Add to Cart**    **Buy it now**

Loyalty Rewards

...ption    Features    Specification    Dimensions

← C ⬛ crosslinksmart.com ☆ ⬜ 🔃 ⊖

and large interior loading space measures 30"Lx20"Wx10"H. Strong wheels and frame, support up to 265 lbs

- PERFECT FOR PARK & BEACH: Sturdy 4" wide and 7" tall all terrain wheels. 2 X 360 swivel Front wheels with locks. Perfect for trips to beach, garden, park, camping, outdoor sporting events

- EASY MANEUVER: Extra large PU tires with bearings, thus moving more smoothly and suits for most road surfaces. Adjustable handle and push bar for effortless transport

- UNIQUE REMOVABLE CANOPY: Retractable canopy for shade and cool when needed. This folding wagon bed is made with high quality durable 600D Nylon fabric material, and it can be easily removed and machine washable.

- EASY FOLD DESIGN: Foldable design allows set up or collapse in Seconds. The large wagon folds to approx. 32" x 24" x 10". Compact enough to store in the trunk of your car



SKU: CRS502811 | BRAND: Clevr | Color: Red with canopy

   





Roll over image to zoom in

## Extra Large Foldable Outdoor Wagon Cart with All Terrain Wheels and Canopy, Red 265 Lb Capacity, Easy Folding Collapsible Utility Garden Transport Trolley, Great for Beach, Park, Sports, Parties

by Clevr

★★★★☆    11 ratings  |  11 answered questions

Price: **$164.95** & FREE Shipping

Get $60 off instantly: Pay ~~$164.95~~ $104.95 upon approval for the Amazon Rewards Visa Card. No annual fee.

Red

  $164.95    $164.95

- MULTI-PURPOSE and LARGE CAPACITY: approx. 36"Lx26"Wx43"H and large interior loading space measures 30"Lx20"Wx10"H. Strong wheels and frame, support up to 265 lbs
- PERFECT FOR PARK & BEACH: Sturdy 4" wide and 7" tall all terrain wheels. 2 X 360 swivel Front wheels with locks. Perfect for trips to beach, garden, park, camping, outdoor sporting events
- EASY MANEUVER: Extra large PU tires with bearings, thus moving more smoothly and suits for most road surfaces. Adjustable handle and push bar for effortless transport

**$164.95**
& **FREE Shipping**

**Get it as soon as Dec. 18 - 20** when you choose **Standard Shipping** at checkout.

In Stock.

Qty: 1 ▼

$164.95 + Free Shipping

  Add to Cart

Buy Now

Ships from and sold by Crosslinks.

Deliver to Denver 80214

Add to List

Add to Wedding Registry

Share ✉   

C   ■ amazon.com



## Product information

Color:**Red**

| | | | |
|---|---|---|---|
| Product Dimensions | 36 x 26 x 38 inches | | **Warranty & Support** |
| Item Weight | 31.2 pounds | | **Product Warranty:** For warranty information about this product, please click here |
| Shipping Weight | 34.2 pounds (View shipping rates and policies) | | Feedback |
| Manufacturer | Clevr | | If you are a seller for this product, would you like to suggest updates through seller support? Would you like to tell us about a lower price? |
| ASIN | B07XMH9BSY | | |
| California residents | Click here for Proposition 65 warning | | |
| Customer Reviews | ★★★★☆  ·  11 ratings 4.4 out of 5 stars | | |
| Best Sellers Rank | #21,461 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden) #59 in Garden Carts | | |

## Related video shorts (0)   Upload your video



**Be the first video**



walmart.com/ip/Extra-Large-Foldable-Outdoor-Wagon-Cart-with-All-Terrain-Wheels-and-Canopy-Red-265-Lb-Capacity

All Departments    Search

Patio & Garden / Garden Center / Garden Tools & Equipment / Carts & Wheelbarrows

REDUCED PRICE

Grocery Pickup & Delivery

# Extra Large Foldable Outdoor Wagon Cart with All Terrain Wheels and Canopy, Red 265 Lb Capacity

Write a review    Clevr

## $164.95

1    **Add to Cart**

Free delivery
Arrives by Mon, Dec 16

Pickup not available

More delivery & pickup options

Sold & shipped by Crosslinks    Return policy

Add to List    Add to Registry

Report incorrect product info or prohibited items

Feedback

← C 🔒 walmart.com/reviews/seller/532?offerid=F14668F43FCF48F884D1DFCBFE69566F9    ☆

☰  All Departments ▾   Search   🔍



Extra Large Foldable Outdoor Wagon Cart with All...

**$164.95** + Free shipping

Back to Item

**Buy from this Seller**

## Crosslinks



✉ Email this seller
📞 626-965-2600

★★★★
**4.1** out of 5 Stars

See all 185 reviews



| | |
|---|---|
| 5 stars | 109 |
| 4 stars | 37 |
| 3 stars | 12 |
| 2 stars | 4 |
| 1 star | 23 |



**79%**

Overall positive rating



ebay.com

| | | | | |
|---|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Clevr | |
| Color: | Red | MPN: | CRS502811 | |
| Material: | Polyethylene | Size: | X Large-with canopy | |
| UPC: | Does not apply | | | |

## Crosslinks

About Us    Shipping    Returns & Policies    FAQ

Home & Garden    Kids & Babies    Sports & Outdoor    Health & Fitness    Business & Industrial

## Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy, Red

### Product Details

- MULTI-PURPOSE and LARGE CAPACITY: approx 36"Lx26"Wx43"H and large interior loading space measures 30"Lx20"Wx10"H. Strong wheels and frame, support up to 265 lbs
- PERFECT FOR PARK & BEACH: Sturdy 4" wide and 7" tall all terrain wheels. 2 X 360 swivel Front wheels with locks. Perfect for trips to beach, garden, park, camping, outdoor sporting events
- EASY MANEUVER: Extra large PU tires with bearings, thus moving more smoothly and suits for most road surfaces. Adjustable handle and push bar for effortless transport





🚚 Holiday Shipping Deadlines & Extended Returns ▼

Log In or Register     🛒 0 Items    ♥ Wish List ▼    ☺ Customer Service ▼

🟥 US  EN ▼

newegg Business  💬 FEEDBACK

Search all  ▼                    SEARCH

TRENDING NOW:  lg oled65c9pua for $1799    wd ssd    8gb ddr4

Keywords, Model # or Item #

ALL PRODUCTS ▼    DEALS & SERVICES ▼    FEATURED SELLERS ▼

HOLIDAY GIFT GUIDE

Home  >  Home & Tools  >  Home Improvement  >  Outdoor & Garden  >  Garden Center  >  Yard Tools  >  Other Yard Tools  >  Clevr  >  *Item#: 9SIA2UWA2J8542*

## Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy, Red

Be the first to review this product...

❖ SHARE

In stock. Ships from United States. Most customers receive within 3-5 days.

Sold and Shipped by Crosslinks ❓

★ FREE SHIPPING ❓    ❖ Crosslinks

$239.99

$164.95

Save: $75.04 (31%)

1

ADD TO CART ▸

ADD TO COMPARE      ⚠ PRICE ALERT

♥ ADD TO WISH LIST



eBay  >  Home & Garden  >  Yard, Garden & Outdoor Living  >  Garden Tools & Equipment  >  Wheelbarrows, Carts & Wagons

Share

# Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy, Red



6+



**$164.95**
Free Shipping
Was: $239.99  Save 31%

Get it by **Friday, Dec 20** from California, United States

- **New** condition
- 30 day returns · Buyer pays return shipping

*"Red Wagon with All Terrain wheels and canopy."*
Read full description
See details



Qty :   1

**Buy It Now**

Add to cart

Watch

Sold by
crosslinks (17693)
99.9% Positive feedback
Contact seller

# EXHIBIT D

**Free Shipping on All US Orders**

Popular Items: X pro Scooter | Child Carry | Gym Genuine | Parks Scooter

*Crosslinks*

Home · Garden · · · · Balance · · Sports Outdoors · Health & Fitness · Equipment required · Spa & Clearance

Cart

Collapsible Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy



# Collapsible Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy

Write a review

$ 164.95

Add to Cart

**Buy it now**

Loyalty Rewards   ption   Features   Specification   Dimensions

*Crosslinks*

Popular Items: All US Orders   Garden Decor | Outdoor Decoration   Privacy Screen

Home / Garden /   Patio & Furniture /   Gazebo & Outdoors /   Height 5'5" inches   Sale & Clearance

Collapsible Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy



# Collapsible Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy

Write a review

$ 164.95

**Add to Cart**

**Buy It now**

**Loyalty Rewards**

ption   Features   Specification   Dimensions

crossmicstruct.com

**Highlights**    Description    Features    Specification    Dimensions



:: MULTI-PURPOSE and LARGE CAPACITY: approx. 36"Lx26"Wx43"H and large interior loading space measures 30"Lx20"Wx10"H. Strong wheels and frame. Support up to 265 lbs

:: PERFECT FOR PARK & BEACH: Sturdy 4" wide and 7" tall all terrain wheels. 2 X 360 swivel Front wheels with locks. Perfect for trips to beach, garden, park, camping, outdoor sporting events

:: EASY MANEUVER: Extra large PU tires with bearings, thus moving more smoothly and suits for most road surfaces. Adjustable handle and push bar for effortless transport

:: UNIQUE REMOVABLE CANOPY: Retractable canopy for shade and cool when needed. This folding wagon bed is made with high quality durable 600D Nylon fabric material, and it can be easily removed and machine washable.

:: EASY FOLD DESIGN: Foldable design allows set up or collapse in Seconds. The large wagon folds to approx. 32" x 24" x 10". Compact enough to store in the trunk of your car

SKU: CRS02812 | BRAND: Clevr | UPC: 689807754646

Loyalty Rewards



crosslinksmart.com

and large interior loading space measures 30"L x 20"W x 10"H. Strong wheels and frame, support up to 265 lbs

PERFECT FOR PARK & BEACH: Sturdy 4" wide and 7" tall all terrain wheels. 2 X 360 swivel Front wheels with locks. Perfect for trips to beach, garden, park, camping, outdoor sporting events

EASY MANEUVER: Extra large PU tires with bearings, thus moving more smoothly and suits for most road surfaces. Adjustable handle and push bar for effortless transport

UNIQUE REMOVABLE CANOPY: Retractable canopy for shade and cool when needed. This folding wagon bed is made with high quality durable 600D Nylon fabric material, and it can be easily removed and machine washable.

EASY FOLD DESIGN: Foldable design allows set up or collapse in Seconds. The large wagon folds to approx. 32" x 24" x 10" Compact enough to store in the trunk of your car

SKU: CRS502811 | BRAND: Clevr | Color: Red with canopy

  amazon.com



 

## Extra Large Foldable Outdoor Wagon Cart with All Terrain Wheels and Canopy, Red 265 Lb Capacity, Easy Folding Collapsible Utility Garden Transport Trolley, Great for Beach, Park, Sports, Parties

by Clevr

★★★★☆    11 ratings  |  11 answered questions

Price: **$164.95** & FREE Shipping

Get $60 off instantly. Pay $164.95 $104.95 upon approval for the Amazon Rewards Visa Card. No annual fee.

Red

        $164.95

- MULTI-PURPOSE and LARGE CAPACITY: approx. 36"Lx26"Wx43"H and large interior loading space measures 30"Lx20"Wx10"H. Strong wheels and frame, support up to 265 lbs
- PERFECT FOR PARK & BEACH: Sturdy 4" wide and 7" tall all terrain wheels. 2 X 360 swivel Front wheels with locks. Perfect for trips to beach, garden, park, camping, outdoor sporting events
- EASY MANEUVER: Extra large PU tires with bearings, thus moving more smoothly and suits for most road surfaces. Adjustable handle and push bar for effortless transport

**$164.95**
& FREE Shipping

Get it as soon as Dec. 18 - 20 when you choose Standard Shipping at checkout.

In Stock.

Qty: 1 ∨

$164.95 + Free Shipping





Ships from and sold by Crosslinks.

Deliver to Peter - 90214

Add to List

Add to Wedding Registry




Share    

 amazon.com

## Product information

Color: **Red**

| | |
|---|---|
| Product Dimensions | 36 x 28 x 38 inches |
| Item Weight | 31.2 pounds |
| Shipping Weight | 31.2 pounds (View shipping rates and policies) |
| Manufacturer | Clevr |
| ASIN | B07XMH9BSY |
| California residents | Click here for Proposition 65 warning |
| Customer Reviews | ★★★★☆   11 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #91,161 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden)<br>#89 in Garden Carts |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related video shorts (0)  Upload your video



**Be the first video**

× walmart.com

All Departments    Search

Carts & Wheelbarrows

# Extra Large Foldable Outdoor Wagon Cart with All Terrain Wheels and Canopy, Red 265 Lb Capacity

Write a review    Clear

## $164.95

1

**Add to Cart**

☐ Free delivery
☐ Arrives by Wed, Dec 18
☐ Pickup not available

More delivery & pickup options

Sold & shipped by Crosslinks    Return policy

☐ Add to List    ☐ Add to Registry



☐ Report incorrect product info or prohibited items



← ⟳ 🔒 walmart.com ☆ ⬇ 😊 ⋮

All Departments ▾   Search   🔍

## Extra Large Foldable Outdoor Wagon Cart with All...

**$164.95** + Free shipping

**Buy from this Seller**

Back to Item

## Crosslinks

*Crosslinks*

Email this seller

626-965-2600

★ ★ ★ ★
**4.1** out of 5 Stars

See all 185 reviews

| | | |
|---|---|---|
| 5 stars | ▬▬▬▬▬ | 109 |
| 4 stars | ▬▬ | 37 |
| 3 stars | ▪ | 12 |
| 2 stars | ▪ | 4 |
| 1 star | ▬ | 23 |

**79%**

Overall positive rating

Feedback

 ebay.com

Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | Clear |
| Color | Red | MPN | CRSO2311 |
| Material | Polystyrene | Size | X_Large-with-canopy |
| UPC | Does not apply | | |

## Crosslinks

About Us    Shipping    Returns & Policies    FAQ

Home & Garden    Kids & Babies    Sports & Outdoor    Health & Fitness    Business & Industrial

### Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy, Red

#### Product Details

- MULTI-PURPOSE and LARGE CAPACITY: approx 36"Lx26"Wx43"H and large interior loading space measures 30"Lx20"Wx10"H. Strong wheels and frame support up to 265 lbs.
- PERFECT FOR PARK & BEACH: Sturdy 4" wide and 7" tall all terrain wheels. 2 X 360 swivel Front wheels with locks. Perfect for trips to beach, garden, park, camping, outdoor sporting events
- EASY MANEUVER: Extra large PU tires with bearings, thus moving more smoothly and suits for most road surfaces. Adjustable handle and push bar for effortless transport





newegg.com

**newegg Business**

Holiday Shipping Deadlines & Extended Returns

Log In or Register   🛒 0 items   ♥ Wish List ▾   @ Customer Service ▾

TRENDING NOW:   lg oled65c9pua for $1799   wd ssd   8gb ddr4

ALL PRODUCTS ▾   DEALS & SERVICES ▾   HOLIDAY GIFT GUIDE   FEATURED SELLERS ▾

Home ▸ Home & Tools ▸ Home Improvement ▸ Outdoor & Garden ▸ Garden Center ▸ Yard Tools ▸ Other Yard Tools ▸ Clevr ▸ Item#: 9SIA2UWA2J8542

# Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy, Red

< SHARE

Crosslinks

★ FREE SHIPPING

$239.99

$164.95

Save: $75.04 (31%)

1

ADD TO CART ▸

ADD TO COMPARE   ▲ PRICE ALERT

♥ ADD TO WISH LIST

C    ebay.com



eBay > Home & Garden > Yard, Garden & Outdoor Living > Garden Tools & Equipment > Wheelbarrows, Carts & Wagons

Share

# Foldable Outdoor Utility Wagon Cart with All Terrain Wheels and Canopy, Red



6+

**$164.95**

Free Shipping

Was: $239.99 Save 31%

Get it by **Friday, Dec 20** from California, United States

- **New** condition
- 30 day returns - Buyer pays return shipping

*"Red Wagon with All Terrain wheels and canopy."*
Read full description
See details



Qty: 1

| Buy It Now |

| Add to cart |

| Watch |

Sold by
crosslinks (17693)
99.9% Positive feedback
Contact seller

# EXHIBIT E

Gibby Law Firm
PllC

Darrell W. Gibby
Attorney at Law

903 S.E. 22nd St., Ste. 3
Bentonville, AR  72712

11/6/2019

Office of the President
Crosslinks Enterprise, Inc.
c/o Cheng Peng, Registered Agent
18519 Gale Ave.
City of Industry, CA  91748

Re:    *Infringement of U.S. Patents No. 9,145,154 ("'154 patent")*

Dear Sir or Madam:

I represent Mr. Brian Horowitz who is the owner of the above referenced patents. It has come to my attention that Crosslinks Enterprise, Inc. ("Crosslinks") has been manufacturing, importing, advertisement for sale, and/or selling folding wagons that include wheel treads that and embody at least one claims of Mr. Horowitz's patent. Federal patent law codified at 35 U.S.C. § 271(a) states:

> … whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefor, infringes the patent.

I have enclosed a copy of my client's patent along with images of Crosslinks' infringing wagons. I have also enclosed a brief patent analysis showing that Crosslinks' wagons follow all the elements of at least claims 19 of the '154 patent.

This letter is to demand that you cease and desist such acts of infringement and immediately provide me with the following information:

- The quantity of folding wagons Crosslinks has sold in the last six years;
- The names, addresses, telephone numbers, email addresses, and contact person(s) of all sources from which Crosslinks received folding wagons;
- The quantity of unsold folding wagons that Crosslinks has remaining in inventory;
- The names, addresses, telephone numbers, email address, and contact person(s) of all customers to whom Crosslinks has sold folding wagons in the last six years;

- The total revenue that Crosslinks has received from any sales of folding wagons in the last six years.

Upon you providing the requested information, my client will tender an offer to settle this matter with Crosslinks. Your cooperation will be appreciated. My client prefers to not have to resort to judicial enforcement of his patent.

Please respond by November 20, 2019. If I do not hear from you by then, my client intends to take whatever measures necessary to enforce his rights under his patent.

Sincerely,

Darrell W. Gibby

Enclosures

**U.S. Patent No. 9,145,154**

US009145154B1

(12) **United States Patent**
Horowitz

(10) Patent No.: **US 9,145,154 B1**
(45) Date of Patent: **Sep. 29, 2015**

(54) **FOLDING WAGON**

(71) Applicant: Brian Horowitz, Foothill Ranch, CA (US)

(72) Inventor: Brian Horowitz, Foothill Ranch, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 14/491,155

(22) Filed: Sep. 19, 2014

(51) Int. Cl.
B62B 3/02 (2006.01)
B62B 5/00 (2006.01)
B62B 3/10 (2006.01)
B62B 5/06 (2006.01)
B62B 3/00 (2006.01)

(52) U.S. Cl.
CPC ............... B62B 3/025 (2013.01); B62B 3/007 (2013.01); B62B 3/102 (2013.01); B62B 5/0013 (2013.01); B62B 5/06 (2013.01); B62B 2202/52 (2013.01); B62B 2205/06 (2013.01); B62B 2205/12 (2013.01); B62B 2205/24 (2013.01)

(58) Field of Classification Search
CPC .... B62B 3/007; B62B 3/02; B62B 2202/402; B62B 2202/52; B62B 2202/06; B62B 2205/12; B62B 2205/14; B62B 2205/145; B62B 2301/10; B62B 3/025; B62B 2205/02; B62B 2205/26
USPC ............ 280/638, 639, 651, 87.01, 401, 79.3; 180/208; 135/88.01, 88.02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 961,234 | A * | 6/1910 | Hoover | 248/88 |
| 1,335,122 | A * | 3/1920 | Mahr | 280/42 |
| 1,432,114 | A * | 10/1922 | Mahr | 280/42 |
| 2,020,766 | A * | 11/1935 | Brown | 280/639 |
| 3,100,652 | A * | 8/1963 | Schenkman | 280/644 |
| 3,625,381 | A * | 12/1971 | Menzi | 414/694 |
| 5,806,827 | A * | 9/1998 | Gilmore | 248/534 |
| 5,887,879 | A * | 3/1999 | Chumley | 280/40 |
| 5,915,723 | A * | 6/1999 | Austin | 280/651 |
| 5,979,102 | A * | 11/1999 | Sagrys | 43/21.2 |
| 6,217,043 | B1 * | 4/2001 | Chumley | 280/40 |
| 6,263,893 | B1 * | 7/2001 | Spinella et al. | 135/88.01 |
| 6,409,029 | B1 * | 6/2002 | Bermes | 211/70.6 |
| 6,491,318 | B1 * | 12/2002 | Gall et al. | 280/651 |
| 6,845,991 | B1 * | 1/2005 | Ritucci et al. | 280/30 |
| 7,000,928 | B2 * | 2/2006 | Liao | 280/38 |
| 7,004,481 | B1 * | 2/2006 | Stanish | 280/37 |
| 7,523,955 | B2 * | 4/2009 | Hair | 280/656 |
| 7,530,581 | B1 * | 5/2009 | Squires, Sr. | 280/79.11 |
| 7,547,037 | B2 * | 6/2009 | Poppinga et al. | 280/651 |
| 7,871,099 | B2 * | 1/2011 | Gilbertson et al. | 280/642 |
| 7,963,530 | B1 * | 6/2011 | Garcia | 280/30 |
| 8,011,686 | B2 * | 9/2011 | Chen et al. | 280/651 |
| 8,162,349 | B1 * | 4/2012 | Roselle | 280/654 |

(Continued)

Primary Examiner — Katy M Ebner
Assistant Examiner — Emma K Frick
(74) Attorney, Agent, or Firm — Morland C. Fischer

(57) **ABSTRACT**

A folding wagon having a basket within which to carry articles and/or small children and a collapsible frame to enable the wagon to be folded between an expanded open configuration at which the basket is outstretched and a compact closed configuration at which the basket is collapsed. The wagon also has pairs of front and rear wheels that are spaced outwardly from the front and rear of the wagon so as to lie ahead of and behind the basket. A handle is connected to the top of the basket at the front of the wagon. When the wagon is folded to its compact closed configuration, the pairs of front and rear wheels are positioned in axial alignment to facilitate transport and/or storage. With the wagon folded, the axially-aligned pairs of wheels and the handle form a stand for supporting the wagon in an upright position.

23 Claims, 9 Drawing Sheets




US 9,145,154 B1

Page 2

(56)                **References Cited**

         **U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 8,220,824 B2 * | 7/2012 | Chen et al. ................. | 280/651 |
| 8,465,031 B2 * | 6/2013 | Coghill, Jr. ................ | 280/79.3 |
| 8,567,810 B2 * | 10/2013 | Abecassia et al ........... | 280/651 |
| 8,746,377 B1 * | 6/2014 | Dunbar ..................... | 180/19.2 |
| 8,882,135 B1 * | 11/2014 | Chen ........................ | 280/651 |
| 8,973,940 B2 * | 3/2015 | Chen et al. ................. | 280/639 |
| 8,998,246 B2 * | 4/2015 | Griffard .................... | 280/651 |
| 2002/0140190 A1 * | 10/2002 | Shapiro ..................... | 280/39 |
| 2003/0025301 A1 * | 2/2003 | Banuelos, III ............. | 280/651 |

| | | | |
|---|---|---|---|
| 2003/0234501 A1 * | 12/2003 | Cohen ...................... | 280/47.24 |
| 2008/0129016 A1 * | 6/2008 | Willis ....................... | 280/639 |
| 2009/0115167 A1 * | 5/2009 | Chin et al .................. | 280/639 |
| 2010/0059950 A1 * | 3/2010 | Coghill, Jr. ............... | 280/47.26 |
| 2010/0090444 A1 * | 4/2010 | Chen et al .................. | 280/651 |
| 2010/0156069 A1 * | 6/2010 | Chen ........................ | 280/639 |
| 2010/0187034 A1 * | 7/2010 | Wang ....................... | 180/208 |
| 2011/0204598 A1 * | 8/2011 | Stevenson .................. | 280/639 |
| 2011/0285112 A1 * | 11/2011 | Chen et al. ................. | 280/651 |
| 2012/0274052 A1 * | 11/2012 | Zhu ......................... | 280/651 |
| 2014/0001735 A1 * | 1/2014 | Yang et al. ................. | 280/651 |
| 2014/0353945 A1 * | 12/2014 | Young et al. ............... | 280/650 |

* cited by examiner



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 5*

*Fig. 4*

*Fig. 3A*



*Fig. 6*

*Fig. 7*

*Fig. 8*



*Fig. 9*

*Fig. 10*



*Fig. 11*

*Fig. 12*



*Fig. 13*

*Fig. 14*



*Fig. 15*

*Fig. 16*

US 9,145,154 B1

1

# FOLDING WAGON

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to a folding wagon having pairs of front and rear wheels and a fabric basket within which to carry a variety of articles or small children. The front and back wheels are positioned in axial alignment relative to another when the wagon is folded from an expanded open configuration during use to a compact closed configuration at which to facilitate transport and/or storage of the wagon when it is not being used.

### 2. Background Art

It is known for basket-carrying wagons to be folded and unfolded between open and collapsed configurations. However, the frame of such folding wagons tends to bind or stick when the wagon is being folded or unfolded. Such frame binding sometimes makes it difficult for the user to deploy or stow the wagon when it is not in use which often results in user frustration. Once the wagon has been unfolded to its open configuration, pairs of front and rear wheels are typically located directly below the basket. It has been found that locating the wheels below the basket can make the wagon unstable and subject to tipping over when the wagon is pulled rapidly or when the wagon travels over steep or bumpy surfaces. In this same regard, when the wagon is folded to its closed configuration, the pairs of front and rear wheels are correspondingly rotated towards and engage one another. Consequently, it is often difficult to completely fold the wagon into an ideal compact shape that is best suited for efficient transport or storage.

Regardless of the location of the front and rear wheels, the folding wagon is typically pulled by means of an elongated handle that has been coupled to the wagon near the bottom of the frame. Connecting the handle at this location on the frame has been known to cause the wheels to momentarily lock up and the wagon to stall when hard pushing or pulling forces are applied to the handle.

The baskets associated with conventional folding wagons are generally sized to carry a variety of articles and/or small children. However, such baskets are manufactured from a flexible material that is known to sag and collapse when the contents of the basket become relatively heavy. For some wagons, having the ability to locate an adjustable height canopy above the basket is advantageous to protect the wagon's contents from the weather. However, in some cases, it is difficult to easily and reliably connect (and disconnect) the overhead canopy to vertical canopy supports which stand upwardly from the wagon frame.

Accordingly, it would be desirable to have available an improved folding wagon that overcomes the disadvantages that are described above and remain common to conventional folding wagons.

## SUMMARY OF THE INVENTION

In general terms, an improved folding wagon is disclosed which is pulled by hand and which carries a variety of articles and/or small children. The folding wagon includes a frame that is adapted to be folded from an expanded open configuration during use to a compact closed configuration at which to facilitate storage and/or transport when the wagon is not being used. A fabric basket is seated on a rack at the bottom of the frame, and a canopy is held above the basket to protect the contents of the basket from the weather. A pair of cup holders are carried at the front end of the basket, and a utility bag is

2

carried adjacent the rear end of the basket. The canopy is mounted above the basket by means of vertically extending telescopic extensions. The telescopic extensions have canopy retention plugs at the tops thereof that are detachably connected to diagonal locking lips of respective locking panels that are sewn to inside corners of the canopy so that the canopy is reliably held in place above the basket.

The frame of the folding wagon includes front and rear basket support rods. The front and rear ends of the fabric basket are folded over and stitched together so as to surround the front and rear basket support rods. The opposite sides of the basket are folded over so as to surround side support straps. Opposite ends of the side support straps are coupled to corresponding opposite ends of the front and rear basket support rods. The basket support rods and the side support straps hold the basket up and prevent sagging when the basket carries a heavy load. One end of a handle for pulling the wagon is pivotally coupled to the front basket support rod adjacent the top of the front end of the basket. By connecting the handle to the wagon near the top of the basket, hard pushing or pulling forces applied to the handle are unlikely to cause the wagon wheels to lock up and the wagon to stall.

The wagon has a pair of front wheels connected to a front wheel support track that is located ahead of the basket and spaced forwardly from the rack upon which the basket is seated. The wagon also has a pair of rear wheels slidably connected to a rear wheel support track that is located behind the basket and spaced rearwardly from the basket support rack. By spacing the front and back wheels ahead of and behind the basket and the basket support rack, the folding wagon is made more stable and less likely to tip over. The pair of rear wheels is coupled to and slidable along the rear wheel support track by means of respective collars. The collars slide towards one another along the rear wheel support track, whereby the pair of rear wheels are correspondingly moved together so as to lie side-by-side one another. Accordingly, when the wagon is folded to its compact closed configuration, the pair of rear wheels will lie inside the pair of front wheels, such that the front and rear wheels will be held in axial alignment to facilitate a complete folding of the wagon so as to be ideally suited for transport and/or storage when the wagon is not in use.

The frame of the folding wagon also includes first and second pairs of side support arms that are located at each of the sides of the wagon and adapted to rotate between an outstretched position when the wagon is in use and a collapsed position when the wagon is folded and not in use. Each pair of side support arms is pivotally connected together by means of a pivot coupling. A pull strap is attached to the basket support rack below the basket. The pull strap extends from the basket support rack and upwardly through the bottom of the basket at a slit formed therein. An upward pulling force applied to the pull strap causes each of the pairs of side support arms to rotate at a respective pivot coupling to its collapsed position by which to simultaneously enable the wagon to be easily folded to its compact closed configuration without binding. After it is folded, a pulling force applied to the wagon will cause the axially-aligned pairs of front and rear wheels of the wagon to roll along a surface. In the alternative, the handle and the axially-aligned wheels can be positioned relative to one another to create a stand by which to hold the folded wagon upright when it is not in use.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view showing a first side, the front and a canopy top of a folding wagon according to a preferred embodiment of this invention with the wagon unfolded to an expanded open configuration;

**3**

FIG. 2 is a perspective view showing the opposite side, the rear and canopy top of the folding wagon of FIG. 1;

FIG. 3 is a partial perspective view of the first side and the rear of the folding wagon showing details of a telescoping extension detachably connected to one corner of the canopy top;

FIG. 3A shows an enlarged detail of the frame of the folding wagon taken from FIG. 3;

FIG. 4 is a partial perspective view of the first side and the rear of the folding wagon showing details of a support strap emerging from one side of a basket of the wagon and coupled to a rear basket support rod;

FIG. 5 is a cross-section taken along FIGS. 5-5 of FIG. 4;

FIG. 6 is a partial perspective view of the opposite side and the rear of the folding wagon showing a pair of rear wheels spaced from one another along a rear wheel support track;

FIG. 7 is a cross-section taken along lines 7-7 of FIG. 6;

FIG. 8 is a partial perspective view of the opposite side and the rear of the folding wagon showing the pair of rear wheels moved together along the rear wheel support track;

FIG. 9 is a perspective view of the folding wagon showing a lifting force being applied to a pull strap attached to the frame of the wagon below the basket thereof to cause the wagon to be folded from the expanded open configuration of FIG. 1 to a compact closed configuration;

FIG. 10 is a perspective view showing details of the pull strap attached to the frame of the folding wagon to receive a pulling force for causing the wagon to be folded to the compact closed configuration;

FIG. 11 is a perspective view showing the front of the folding wagon after the wagon has been folded to the compact closed configuration at which the wheels and a handle create a stand for holding the wagon upright;

FIG. 12 is a perspective view showing the rear of the folding wagon in the compact closed configuration at which the wheels of the wagon are rolled over a surface;

FIGS. 13 and 14 show one embodiment for an optional storage rack located at one side of the folding wagon by which to carry a surfboard of the like; and

FIGS. 15 and 16 show another embodiment for an optional storage rack located at a side of the folding wagon by which to carry a fishing rod or the like.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring initially to FIGS. 1-3 of the drawings, there is shown a folding wagon 1 of the kind to be pulled by hand to carry a variety of articles including, but not limited to, sporting and camping goods, business inventory, and even small children. The folding wagon 1 includes a fabric basket 3 within which to transport the articles, a fabric canopy 5 spaced overtop the basket 3 to provide shade and protection from the weather, and a fabric utility bag 7 located at the rear of the basket 3 within which small articles (e.g., keys, tools, another bag, or the like) can be conveniently carried. The fabric basket 3 is open at the top and closed along the bottom, front, back and sides. A pair of fabric cup holders 9 are attached (e.g., sewn) to the front of the basket 3 to enable beverage cups (not shown) to be received and carried therewithin.

The basket 3 lays upon and is supported by a rock 10 that runs along the bottom of the folding wagon 1. A first pair of hollow vertical support bars 12 stands upwardly from the front of the basket support rack 10, and a second pair of hollow support bars 14 stands upwardly from the rear of the basket support rack 10. A telescopic extension 16 is slidably

**4**

received by each of the front and rear vertical support bars 12 and 14. The telescopic extensions 16 are detachably connected to the canopy 5 so as to be able to selectively adjust the height of the canopy 5 above the basket 3 and enable the canopy 5 to be removed from the wagon 1 in which case the telescopic extensions can be pushed downwardly inside respective ones of the vertical support bars 12 and 14.

FIG. 3 of the drawings shows one of the telescopic extensions 16 pulled outwardly and upwardly from its (e.g., rear) hollow vertical support bar 14 to be detachably connected to one corner of the canopy 5. The inside of each corner of the canopy 5 has a locking panel 16 attached (e.g., sewn) thereto. A locking lip 20 runs diagonally across a corner of the canopy 5 at the top of the locking panel 16. A canopy retention plug 21 is mounted on the top of the telescopic extension 16. With the telescopic extension 16 raised above the basket 3, the canopy retention plug 21 is seated upon the diagonal locking lip 20, whereby to prevent the canopy 5 from being lifted or blown off the extension 16 and separating from the wagon. When it is desirable to remove the canopy 5 from the wagon 1, each canopy retention plug 21 is moved off and out of engagement with the diagonal locking lip 20 of the corner locking panel 18 so that the canopy 5 is now free to be lifted off the telescopic extensions 16.

The folding wagon 1 includes a folding frame which enables the wagon to be folded from an expanded open configuration during which articles are carried within the basket 3 to a compact closed configuration at which the wagon is suitable for transport and/or storage when not in use. The frame includes a front basket support rod 26 at the front of the basket 3. A front upper frame brace 28 extends horizontally across the front of the wagon 1 between the pair of front vertical support bars 12. The frame also includes a rear basket support rod 32 at the rear of the basket 3. A rear upper frame brace 34 extends horizontally across the rear of the wagon between the pair of rear vertical support bars 14.

The front and rear basket support rods 26 and 32 are located at opposite ends of the wagon 1 and run horizontally across the top of the basket 3. The front end 22 of the basket 3 is folded over itself and closed (e.g., sewn) around the front basket support rod 26. The rear end 23 of the basket 3 is folded over itself and closed (e.g., sewn) around the rear basket support rod 32. The front and rear upper frame braces 28 and 34 are also located at opposite ends of the wagon 1 and lie between the top of the basket 3 and the canopy 5 thereover. The front and rear upper frame braces 28 and 34 are coupled to the pairs of front and rear vertical support bars 12 and 14 by means of respective pairs of elbow joints 35 and 36.

As an important advantage of the folding wagon 1, a front wheel support track 38 is spaced forward of the basket 3 by about four inches so as to lie ahead of the front end 24 of the basket support rack 10 upon which the basket 3 is seated. As will be described in greater detail hereinafter, a pair of front wheels 40 are connected to and held in place at the front wheel support track 38 by which the wheels are located in front of both the basket 3 and the basket support rack 10. Likewise, a rear wheel support track 42 (best shown in FIG. 6) is spaced rearward of the basket 3 by about four inches so as to lie behind the rear end 30 of the basket support rack 10. A pair of rear wheels 44 are connected to and movable laterally along the rear wheel support track 42 by which the wheels are held behind both the basket 3 and the basket support rack 10. By virtue of the pairs of front and rear wheels 40 and 44 being spaced outwardly from the basket 3 and the basket support rack 10, the wagon 1 is made increasingly stable and less likely to tip over when it is pulled rapidly or travels over a steep or bumpy surface.

US 9,145,154 B1

| 5 | 6 |

A lower handle retention clip 46 is mounted on the front wheel support track 38 in front of the basket 3. An upper handle retention clip 48 is mounted on the front upper frame brace 28 so as to lie above the lower handle retention clip 46. A rotatable wagon handle 50 is pivotally connected to the front of the folding wagon 1 at the front basket support rod 26. Thus, it may be appreciated that rather than connecting the handle near the bottom of the basket adjacent the front wheels, as in the case of conventional wagons, the handle 50 of the wagon 1 is pivotally connected to the front basket support rod 26 around which the top of the basket 3 is folded. Thus, it has been found that rapid pulling and pushing forces can be successively applied to the wagon 1 at the wagon handle 50 without the front and wheels 40 and 44 momentarily locking up and the wagon stalling.

The wagon handle 50 has a solid shaft that is rotatable at its pivotal connection to the front basket support rod 26 between upwardly raised and downwardly lowered positions. When the folding wagon 1 is at rest in its expanded open configuration (as best shown in FIGS. 1 and 2), the handle 50 is removably attached to the upper handle retention clip 48 so as to be retained in its upwardly raised position for easy access by a user. However, when the wagon is folded to its compact closed configuration (as best shown in FIGS. 11 and 12), the handle 50 is rotated to its downwardly lowered position at which to be removably attached to and held in place by the lower handle retention clip 46 for an advantage that will be described hereinafter.

Referring to FIGS. 3-5 of the drawings, a support strap 54 is shown running laterally through the top of one side 56 of the basket 3 of the folding wagon 1. Although only one side support strap 54 is shown, an identical support strap runs through each of the opposite sides 56 of the basket 3. In this regard, the top of each side 56 of the basket 3 is folded over and (e.g., sewn) closed against itself to create a loop within which to receive the support strap 54. While the front and rear basket support rods 26 and 32 hold up the front and rear ends 22 and 23 of the basket 3, each support strap 54 holds up its side 56 of the basket 3 and thereby prevents the side from sagging in response to the weight of the contents carried by the basket.

Opposite ends of the laterally-running support strap 54 emerge from the side 56 by way of slits 58 (only one of which being shown) formed in opposite ends of the side. As is best shown in FIG. 4, one end of a buckle 60 is coupled to one end of the side support strap 54. The opposite end of the buckle 60 is connected to an end cap 62 which surrounds and is affixed to one end of rear basket support rod 32. A similar buckle is coupled between the opposite end of the side support strap 54 and an end cap 64 (of FIGS. 1 and 2) which surrounds and is affixed to one end of the front basket support rod 26. Therefore, the side support strap 54 which holds up a side 56 of basket 3 is coupled at opposite ends thereof to the end caps 62 and 64 at respective ends of the front and rear basket support rods 26 and 32 at the front and rear of the wagon 1.

As was explained earlier, the folding wagon 1 has pairs of front and rear wheels 40 and 44 that are held in front of and behind the basket 3 to improve the stability of the wagon. In particular, and turning now to FIGS. 6-8 of the drawings, the pair of rear wheels 44 is shown being coupled to the rear wheel support track 42 that is spaced behind the basket 3. Each of the rear wheels 44 of the wagon 1 is coupled to one end of the rear wheel support track 42 by means of a collar 66 and 68. The collars 66 and 68 surround the rear wheel support track so as to be slidable therealong towards and away from one another. Thus, the distance between the pair of rear wheels 44 can be reduced by sliding the opposing collars 66

and 68 towards one another in the direction of the arrows 70 shown in FIG. 6. The pair of rotating front wheels 40 are stationary and do not slide towards one another, such that the distance therebetween remains constant.

After the collars 66 and 68 have been pushed towards one another along the rear wheel support track 42 so that the rear wheels 44 lie side-by-side one another as shown in FIG. 8, the rear wheels 44 will be positioned to conveniently fit between the pair of front wheels 40 which remain spaced from one another when the folding wagon 1 has been folded to its compact closed configuration (best shown in FIGS. 11 and 12). This is an important advantage by which the pairs of front and rear wheels 40 and 44 will be axially aligned to enable the folding wagon 1 to be completely folded up so as to be ideal for storage and/or transport when not in use.

One of the collars 66 has a locking sleeve 72 (best shown in FIG. 6) that extends therefrom and is slidable therewith along the rear wheel support track 42 towards the opposing collar 68. A locking receptacle 74 is formed in the opposing collar 68 within which to removably receive the sleeve 72, whereby the collars 66 and 68 will be mated to one another so that the pairs of wheels 40 and 44 are correspondingly held in axial alignment and side-by-side one another when the wagon is folded.

Returning to FIGS. 1-3A of the drawings, details of the frame of the folding wagon 1 are now described. Each side of the frame which lies outside a respective one of the sides 56 of the basket 3 includes identical first and second pairs of side support arms. A first pair of side support arms 75 and 76 are pivotally connected to one another by means of a pivot coupling 78, or the like, which extends through first ends of the support arms and the top of the adjacent side 56 of the basket 3, whereby the arms 75 and 76 are opened to make an angle of approximately 90°. The opposite end of the side support arm 75 is pivotally coupled by a pivot coupling 80, or the like, to a common joint with one of the front vertical support bars 12, one end of the front wheel support track 38, and the front end 24 of the basket support rack 10. The opposite end of the side support arm 76 is pivotally coupled by a pivot coupling 82, or the like, to a common joint (best shown in the detail of FIG. 3A) with one of the rear vertical support bars 14, one end of the rear wheel support track 42, and the rear end 30 of the basket support rack 10.

A second pair of side support arms 84 and 85 are pivotally connected to one another by means of a pivot coupling 86, or the like, which extends through first ends of the support arms for receipt by one end of a horizontal cross bar 88 (best shown in FIG. 10) that lies below and supports the basket support rack 10, whereby the arms 84 and 85 are opened to make an angle of approximately 90°. The opposite end of the side support arm 84 is connected to the end cap 64 at one end of the front basket support rod 26. The opposite end of the side support arm 85 is connected to the end cap 62 at one end of the rear basket support rod 32 (best shown in FIG. 3).

The midpoints of the side support arms 84 and 75 which cross over one another are coupled together by a pivot pin 89. The midpoints of the side support arms 76 and 85 which also cross over one another are coupled together by a pivot pin 90.

Referring now to FIGS. 9 and 10 of the drawings, a pull strap 92 is shown looped around a pair of horizontal cross rails 94 and 95 that run in spaced parallel alignment across the basket support rack 10 which lies below and supports the basket 3. The pull strap 92 extends from the cross rails 94 and 95 upwardly through a slit 93 formed in the bottom of the basket 3 (best shown in FIG. 3) so as to be accessible to a user. The cross rails 94 and 95 are connected at opposite ends thereof to respective pairs of side rails (only one side rail 96

US 9,145,154 B1

7

and 97 from each pair thereof being shown in FIG. 10) of the basket support rack 10. The basket support rack 10 includes first and second halves that are pivotally coupled together by means of intermediate pivot couplings (only one of which 98 being shown) located between axially-aligned pairs of side rails 96 and 97 at each side of the rack 10.

It may be appreciated that an upward pulling force applied by the user to the pull strap 92 in the direction of the reference arrow 93 shown in FIG. 9 will apply a corresponding upward pulling force to the first and second halves as well as to the pair of cross rails 94 and 95 of the basket support rack 3 to which the strap 92 is tied. Therefore, each of the pairs of side rails 96 and 97, between which the cross rails 94 and 95 are connected, will be lifted upwardly and off the horizontal cross bar 88. The first and second halves of the basket support rack 10 rotate at the pivot coupling 98 downwardly and towards one another from an initial horizontal position where the side rails 96 and 97 lie end-to-end to an uplifted vertical position where the side rails lie face-to-face. The uplifting and rotation of the first and second halves of the basket support rack 10 at the coupling 98 at each side of rack 10 causes the front and rear of the folding wagon 1 to be pulled towards one another in the direction of the arrows 99 of FIG. 9.

More particularly, the initially-open pairs of side support arms 75, 76 and 84, 85 at each side of the wagon 1 will rotate at their respective pivot couplings 78 and 86, whereby the side support arms 75 and 76 are lifted upwardly and moved together and the side support arms 84 and 85 are pulled downwardly and moved together. In this case, the pairs of side support arms 75, 76 and 84, 85 move relative to one another from an initial open angular position to a collapsed position at which to lie side-by-side one another. As earlier explained, the side support arms 84 and 85 are connected to the front and rear basket support rods 26 and 32 around which the front and rear ends (22 and 23 of FIGS. 1 and 2) of the basket 3 are folded, and the side support arms 75 and 76 are connected to the front and rear ends (24 and 30 of FIGS. 1-3) of the basket rack 10. Therefore, the movement of the side support arms 75, 76, 84 and 85 to the collapsed position in response to the upward pulling force applied to pull strap 92 causes the basket support rack 10 to be correspondingly lifted off the horizontal cross bar 88 so that the first and second halves of rack 10 are folded downwardly around each pivot coupling 98, whereby the side rails 96 and 97 are correspondingly rotated to their vertical position to lie face-to-face at the same time that the frame of the folding basket 1 is rotated at pivot couplings 78, 80, 82, 86, 89 and 90 (of FIGS. 1-3). Accordingly, the wagon 1 is folded from its expanded open configuration of FIGS. 1-3 to its compact closed configuration. By virtue of the aforementioned pivot couplings, the wagon is relatively easily folded without binding or sticking so as to avoid a problem that is commonly encountered by conventional folding wagons.

FIGS. 11 and 12 of the drawings show the folding wagon 1 after being folded to the compact closed configuration when the wagon is not being used. In the folded configuration, the pairs of side support arms 75, 76 and 84, 85 at each side of the wagon 1 are rotated to their collapsed position so as to be generally vertical and lie side-by-side one another. The pairs of front and rear vertical support bars 12 and 14 are pulled towards one another so that the basket 3 is compressed therebetween. That is, the fabric basket 3 will be compressed from an outstretched shape when the folding wagon 1 is in its open configuration shown in FIGS. 1 and 2 to a collapsed shape when the wagon is folded to its closed configuration shown in FIGS. 11 and 12. As previously described while referring to FIGS. 6-8, the pair of rear wheels 44 are moved

8

together so as to lie inside the pair of spaced front wheels 40, whereby all of the wheels 40 and 44 are arranged side-by-side and in axial alignment when the folding wagon 1 has been folded.

A first loop-shaped grip 100 is attached (e.g., sewn) to the front end 22 of the basket 3. A second loop-shaped grip 102 is attached to the rear end 23 of the basket 3. A grip tie 104 can be wrapped around the grips 100 and 102 and fastened together by means of hook and loop fastener material, whereby the grips 100 and 102 cooperate to provide a means by which to lift and/or pull the wagon in its compact closed configuration. A locking finger 106 (best shown in FIG. 12) is pivotally connected to the rear basket support rod (32 in FIG. 3) at the rear end 23 of the basket 3. The locking finger 106 is adapted to be rotated towards the front end 22 of the basket 3 so that a locking cavity thereof (designated 108 in FIG. 8) can be moved into detachable locking engagement with the front basket support rod (26 of FIG. 1), whereby the folded wagon 1 can be maintained in its compact closed configuration of FIGS. 11 and 12.

FIG. 11 shows the wagon handle 50 rotated downwardly so as to be held in removable receipt by the lower handle retention clip 46 that is mounted on the front wheel support track 38. In this case, the handle 50 and the axially-aligned front and rear wheels 40 and 44 are spaced apart and cooperate to form a stand for holding the folded wagon upright. In the alternative, the folded wagon can be pulled at the grips 100 and 102 and rolled along a surface.

FIGS. 13 and 14 of the drawings show the folding wagon 1 of FIGS. 1 and 2 having a first optional storage rack 110 mounted at one side thereof. The storage rack 110 includes a pair of tubular legs 112 and 114. First ends of the legs 112 and 114 are attached to the wagon 1 at the same pivotal coupling 78 by which the side support arms 75 and 76 (of FIG. 9) are attached to the side 56 of the basket 3. The opposite ends of the legs 112 and 114 are bent to create hooks 116 and 118 that turn towards one another. As is best shown in the example of FIG. 14, a wide and long object, such as a surfboard or the like, can be placed within the hooks 116 and 118 so as to be conveniently carried by the storage rack 110 without reducing the storage capacity of the basket 3.

FIGS. 15 and 16 of the drawings show the folding wagon 1 of FIGS. 1 and 2 having another optional storage rack 120 mounted at one side thereof. First and second hollow tubes 122 and 124 of storage rack 120 are located between connecting rods 126 and 128 and "S"-shaped carrying hooks 130 and 132. The connecting rods 126 and 128 and the carrying hooks 130 and 132 are slidably and telescopically received and locked within opposite ends of the hollow tubes 122 and 124 to correspondingly adjust the size of the storage rack 120 depending upon the article to be carried thereby. The connecting rods 126 and 128 which project from hollow tubes 122 and 124 may be pivotally coupled to the same pivot pins 89 and 90 used to interconnect the pairs of side support arms 75, 84 and 76, 85 as was described while referring to FIGS. 1-3. Therefore, the connecting rods 126 and 128 are rotatable around pivot pins 89 and 90 from an upstanding position shown in FIG. 15 to a down-turned position shown in FIG. 16. In the example shown in FIG. 15, the carrying hooks 130 and 132 of the storage rack 120 are spaced in opposite facing, parallel alignment so as to be ideally suited for carrying long, thin objects such as a fishing rod or the like.

The invention claimed is:

1. A folding wagon having a front and a rear and comprising:

a basket within which to carry articles;

US 9,145,154 B1

9

a collapsible frame by which the folding wagon is folded between an expanded open configuration at which said basket is outstretched and a compact closed configuration at which said basket is collapsed;

a pair of front wheels connected to the front of the folding wagon, said pair of front wheels being separated from one another; and

a pair of rear wheels connected to the rear of the folding wagon, said pair of rear wheels being separated from one another;

the wheels of a first of said pairs of front and rear wheels being moved towards one another while the wheels of the other one of said pairs of wheels remain separated, so that when said folding wagon is folded to said compact closed configuration, the first of said pairs of wheels is located between the other one of said pairs of wheels, whereby said pairs of front and rear wheels are axially aligned with one another; and

a handle having a handle grip at one end thereof and being pivotally connected to said collapsible frame, said handle being rotated between a first position extending upwardly from said collapsible frame at which to receive a pulling force at said handle grip for pulling said folding wagon and a second position extending downwardly from said collapsible frame to the ground, said axially-aligned pairs of front and rear wheels and the handle grip of said handle being located relative to one another on the ground to form a stand said wagon in an upright position when said wagon is folded to said compact closed configuration and said handle is rotated to said second position.

2. The folding wagon recited in claim 1, further comprising an upper handle retention clip located at the front of said folding wagon to which said handle is detachably connected to hold said handle in said first position, and a lower handle retention clip located at the front of said folding wagon below said upper handle retention clip to which said handle is detachably connected to hold said handle in said second position.

3. A folding wagon having a front and a rear and comprising:

a basket within which to carry articles;

a collapsible frame by which the folding wagon is folded between an expanded open configuration at which said basket is outstretched and a compact closed configuration at which said basket is collapsed;

a pair of front wheels connected to the front of the folding wagon, said pair of front wheels being separated from one another;

a pair of rear wheels connected to the rear of the folding wagon, said pair of rear wheels being separated from one another; and

a wheel support track located at one of the front or the rear of said folding wagon,

the wheels of a first of said pairs of front and rear wheels being coupled to and moved together along said wheel support track while the wheels of the other one of said pairs of wheels remain separated, so that when said folding wagon is folded to said compact closed configuration, the first of said pairs of wheels is located between the other one of said pairs of wheels, whereby said pairs of front and rear wheels are axially aligned with one another.

4. The folding wagon recited in claim 3, wherein said pairs of front and rear wheels are spaced outwardly from respective ones of the front and rear of said folding wagon so as to lie ahead of and behind said basket.

10

5. The folding wagon recited in claim 3, further comprising first and second collars surrounding and sliding along said wheel support track, the wheels of the first of said pairs of front and rear wheels connected to respective ones of said first and second collars so as to move therewith towards and away from one another.

6. The folding wagon recited in claim 5, wherein one of said first and second collars has a locking sleeve extending therefrom and the other one of said collars has a locking receptacle, said locking sleeve being received within said locking receptacle when said first and second collars slide along said wheel support track towards one another, whereby the wheels of the first of said pairs of front and rear wheels are correspondingly moved side-by-side one another.

7. The folding wagon recited in claim 3, further comprising a first pair of hollow support bars located at the front of said folding wagon, a second pair of hollow support bars located at the rear of said folding wagon, telescopic extensions slidably received by respective ones of said first and second pairs of hollow support bars, a canopy retention plug located at the top of each telescopic extension, a canopy spaced above said basket, and means to detachably connect the canopy retention plug of each telescopic extension to said canopy.

8. The folding wagon recited in claim 7, wherein the canopy spaced above said basket has four corners, said means to detachably connect the canopy retention plug of each telescopic extension to said canopy including a locking lip extending diagonally across each one of the four corners of said canopy, each telescopic extension sliding in a first direction through a respective hollow support bar of the first and second pairs of hollow support bars towards said canopy so that the canopy retention plug at the top of said telescopic extension is seated upon said locking lip to prevent said telescopic extension from sliding in an opposite direction.

9. The folding wagon recited in claim 7, wherein said basket has a top, a bottom, a front end located at the front of said folding wagon, a rear end located at the rear of said folding wagon, and a pair of sides running between said front and rear ends, said folding wagon further comprising a front basket support rod extending between the first pair of hollow support bars at the front of said folding wagon and being attached to the front end of said basket at the top thereof, and a rear basket support rod extending between the second pair of hollow support bars at the rear of said wagon and being attached to the rear end of said basket at the top thereof.

10. The folding wagon recited in claim 9, further comprising a handle pivotally connected to the front of said folding wagon at said front basket support rod, said handle being rotatable between a first position extending vertically upwardly from the top of said basket and a second position extending vertically downward from the top of said basket.

11. The folding wagon recited in claim 10, further comprising an upper handle retention clip located at the front of said folding wagon above the top of said basket to which said handle is detachably connected to hold said handle in said first position, and a lower handle retention clip located at the front of said folding wagon below the top of said basket to which said handle is detachably connected to hold said handle in said second position.

12. The folding wagon recited in claim 11, wherein said axially-aligned pairs of front and rear wheels and said handle are located relative to one another to form a stand for supporting said wagon in an upright position when said wagon is folded to said compact closed configuration and said handle is rotated to said second position and detachably connected to said lower handle retention clip.

US 9,145,154 B1

11

13. The folding wagon recited in claim 9, further comprising a locking finger coupled to the rear basket support rod that is attached to the rear end of basket, said locking finger being detachably connected between said rear basket support rod and the front basket support rod that is attached to the front end of said basket when said folding wagon is folded to the compact closed configuration, whereby to retain said folding wagon in said compact closed configuration.

14. The folding wagon recited in claim 9, further comprising a first side support strap extending between one hollow support bar of said first pair of hollow support bars and one hollow support bar of said second pair of hollow support bars, one of the pair of sides of said basket attached to said first side support strap, and a second side support strap extending between the other hollow support bar of said first pair of hollow support bars and the other hollow support bar of said second pair of hollow support bars, the other one of the pair of sides of said basket attached to said second side support strap.

15. The folding wagon recited in claim 9, further comprising at least one cup holder attached to one of the front end or the rear end of said basket.

16. The folding wagon recited in claim 3, wherein said collapsible frame includes a basket rack lying below and supporting said basket, said basket support rack having first and second halves that are pivotally coupled to one another and rotatable between a horizontal position at which said first and second halves lie end-to-end when said wagon is in the expanded open configuration and said basket is outstretched and a vertical position at which said first and second halves lie face-to-face when said wagon is in the compact closed configuration and said basket is collapsed.

17. The folding wagon recited in claim 16, further comprising a pull strap attached to said basket support rack, said pull strap receiving a pulling force to cause the first and second halves of said basket support rack to rotate from said horizontal position to said vertical position.

18. The folding wagon recited in claim 17, wherein said basket has an open top and a closed bottom seated upon said basket support rack, said pull strap extending from said basket support rack through the closed bottom of said basket by way of a slit formed in said closed bottom.

19. A folding wagon having a front and a rear and comprising:

a basket within which to carry articles;

a collapsible frame by which the folding wagon is folded between an expanded open configuration at which said

12

basket is outstretched and a compact closed configuration at which said basket is collapsed;

a pair of front wheels connected to the front of the folding wagon, said pair of front wheels being separated from one another; and

a pair of rear wheels connected to the rear of the folding wagon, said pair of rear wheels being separated from one another;

the wheels of a first of said pairs of front and rear wheels being movable towards and away from one another, such that the wheels of the first of said pairs of wheels are moved towards one another while the wheels of the other one of said pairs of wheels remain separated, so that when said folding wagon is folded to said compact closed configuration, the first of said pairs of wheels is located between the other one of said pairs of wheels, whereby said pairs of front and rear wheels are axially aligned with one another and wherein when the wagon is folded to said compact closed configuration, an axis of rotation of said pair of front wheels is parallel to an axis of rotation of said pair of rear wheels.

20. The folding wagon recited in claim 19, wherein said pairs of front and rear wheels are spaced outwardly from respective ones of the front and rear of said folding wagon so as to lie ahead of and behind said basket.

21. The folding wagon recited in claim 19, further comprising a wheel support track located at one of the front or the rear of said folding wagon, the wheels of the first of said pairs of front and rear wheels being coupled to and movable along said wheel support track such that said wheels move towards and away from one another.

22. The folding wagon recited in claim 21, further comprising first and second collars surrounding and sliding along said wheel support track, the wheels of the first of said pairs of front and rear wheels connected to respective ones of said first and second collars so as to move therewith towards and away from one another.

23. The folding wagon recited in claim 22, wherein one of said first and second collars has a locking sleeve extending therefrom and the other one of said collars has a locking receptacle, said locking sleeve being received within said locking receptacle when said first and second collars slide along said wheel support track towards one another, whereby the wheels of the first of said pairs of front and rear wheels are correspondingly moved side-by-side one another.

\* \* \* \* \*

# Instructions for Operation of Crosslinks' Folding Wagons



# ALL-TERRRAIN FOLDING WAGON INSTRUCTIONS



Detachable Basket

Wheel Locks

Step 1: Unlock safety pin. Use handle to pull up and expand the wagon.



Step 2: Rotate the front wheels and lock the wheels in place



LOCK       LOCK

Step 3: Push down to fully expand the wagon frame



Step 4: Adjust the handle to desire length, and tighten the knob to lock it. Adjust the handles by pressing the two buttons at the joints. Swivel the outer upward to open/unfold them for the canopy.



UP

# Photographs of Crosslinks' Folding Wagons

















# Claim 19 of U.S. Patent No. 9,145,154
# Analysis Against Crosslinks' Wagons

| '154 Patent Claim 19 | Patent Drawing | Crosslinks' Wagon Photo | Comment |
|---|---|---|---|
| A folding wagon having a front and a rear comprising a basket **3** within which to carry articles: | | | Accused wagon has a front and a rear with a basket **3** that can carry articles. |
| A collapsible frame by which the folding wagon is folded between an expanded open configuration at which said basket **3** is outstretched and a compact closed configuration at which said basket **3** is collapsed; | | | Accused wagon has a frame that can be folded between an expanded configuration at which the basket **3** is outstretched and a compact configuration at which the basket **3** is collapsed. |

| | |
|---|---|
| | Accused wagon has a pair of front wheels **40** connected to the front of the wagon and are separated from one another. The accused wagon also has a pair of rear wheels **44** connect to the rear of the wagon which are separated from one another. |



| | |
|---|---|
| | A pair of front wheels **40** connected to the front of the folding wagon. said pair of front wheels **40** being separated from one another: a pair of rear wheels **44** connected to the rear of the folding wagon, said pair of rear wheels **44** being separated from one another: |

| | | | |
|---|---|---|---|
| The wheels of a first of said pairs of front and rear wheels **40 44** being movable towards and away from one another while the wheels of the other one of said pair of wheels **40 44** remain separated. | <br>*Fig. 8* |  | Accused wagon's rear wheels **44** are movable toward and away from one another while the front wheels **40** remain separated. Note that there is no limitation on the operation or mechanisms that enable the wheels to move toward or away from one another. The patent covers both sliding and rotating operation. |
| So that when said folding wagon is folded to said compact closed configuration, the first of said pairs **40 44** of wheels is located between the other one of said pairs of wheels **40 44**, whereby said pairs of front and rear wheels **40 44** are axially aligned with one | <br>*Fig. 11*<br>*Fig. 12* |  | When the accused wagon is folded to the closed configuration with the rear wheels **44** moved toward one another, the rear wheels **44** are between the front wheels **40** and are axially aligned and all wheels **40 44** are parallel with one |

| | | | |
|---|---|---|---|
| another and wherein when the wagon is folded to said compact closed configuration, an axis of rotation of said pair of front wheels **40 44** is parallel to an axis of rotation of said pair of rear wheels **40 44**. | | | another all generally oriented in the same direction. |